**AFFIDAVIT**

COMMONWEALTH OF PENNSYLVANIA :

COUNTY OF   Centre   : CIVIL ACTION NO.   1:00-cv-01387

I, Francis M. Dougherty   being duly sworn, depose and say:

(1) I am employed as Business Manager at SCI - Rockview.
I have served in that capacity since December 22, 19 91.

(2) The plaintiff, SHAWN JORDAN   Reg. No. BI-8942
is presently incarcerated at the said institution.

(3) The following is a listing of assets at the said institution belonging to plaintiff:
   a.   Prison account
      1.   Present balance:   $   -17.20
      2.   Total amount of deposits during six months preceding the filing of the complaint:   $   351.42
      3.   Average monthly balance:   $   5.37
      4.   Average monthly deposits:   $   58.57
   b.   Employment
      1.   Institution employment:   $   106.41
      2.   Average monthly deposits:   $   17.74
   c.   Other resources:
      Personal Gifts, Bank Checks

(4) I have attached a true and correct copy of the record of the transactions of the prisoner's account which occurred within the six months preceding the filing of the complaint.

(5) The above information set forth in this affidavit is true and correct to the best of my knowledge, information and belief.

*Francis M. Dougherty*
Francis M. Dougherty, Business Manager

FILED SCRANTON AUG 17 2000 PER ___ DEPUTY CLERK

# SHAWN JORDAN, BI-8942
## AVERAGE MONTHLY BALANCE

| DAY | ACCOUNT BALANCE | DAY | ACCOUNT BALANCE | DAY | ACCOUNT BALANCE | DAY | ACCOUNT BALANCE | DAY | ACCOUNT BALANCE | DAY | ACCOUNT BALANCE 6 MONTH AVERAGE |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 2/12/00 | $ 1.76 | 3/12/00 | $ (8.80) | 4/12/00 | $ (10.34) | 5/12/00 | $ (10.71) | 6/12/00 | $ 12.05 | 7/12/00 | $ (14.71) |
| 2/13/00 | $ 1.76 | 3/13/00 | $ 9.50 | 4/13/00 | $ (10.34) | 5/13/00 | $ (10.71) | 6/13/00 | $ 12.05 | 7/13/00 | $ (14.71) |
| 2/14/00 | $ 112.53 | 3/14/00 | $ 9.50 | 4/14/00 | $ 39.66 | 5/14/00 | $ (10.71) | 6/14/00 | $ 12.05 | 7/14/00 | $ (14.71) |
| 2/15/00 | $ 112.53 | 3/15/00 | $ 7.75 | 4/15/00 | $ 3.35 | 5/15/00 | $ 9.81 | 6/15/00 | $ 41.24 | 7/15/00 | $ (14.71) |
| 2/16/00 | $ 62.53 | 3/16/00 | $ 7.75 | 4/16/00 | $ 3.35 | 5/16/00 | $ 9.81 | 6/16/00 | $ 41.24 | 7/16/00 | $ (14.71) |
| 2/17/00 | $ 32.93 | 3/17/00 | $ 7.75 | 4/17/00 | $ 24.63 | 5/17/00 | $ 9.81 | 6/17/00 | $ 41.24 | 7/17/00 | $ 10.49 |
| 2/18/00 | $ 32.93 | 3/18/00 | $ 7.75 | 4/18/00 | $ 24.63 | 5/18/00 | $ 0.60 | 6/18/00 | $ 41.24 | 7/18/00 | $ 10.49 |
| 2/19/00 | $ 32.93 | 3/19/00 | $ 7.75 | 4/19/00 | $ 24.63 | 5/19/00 | $ 0.60 | 6/19/00 | $ 41.24 | 7/19/00 | $ 10.49 |
| 2/20/00 | $ 32.93 | 3/20/00 | $ 7.75 | 4/20/00 | $ 6.37 | 5/20/00 | $ 0.60 | 6/20/00 | $ 40.80 | 7/20/00 | $ 4.33 |
| 2/21/00 | $ 32.93 | 3/21/00 | $ 6.76 | 4/21/00 | $ 6.37 | 5/21/00 | $ 0.60 | 6/21/00 | $ 40.80 | 7/21/00 | $ 4.33 |
| 2/22/00 | $ 82.93 | 3/22/00 | $ 6.76 | 4/22/00 | $ 6.37 | 5/22/00 | $ 0.60 | 6/22/00 | $ 0.14 | 7/22/00 | $ 4.33 |
| 2/23/00 | $ 82.93 | 3/23/00 | $ 6.76 | 4/23/00 | $ 6.37 | 5/23/00 | $ 0.60 | 6/23/00 | $ 0.14 | 7/23/00 | $ 4.33 |
| 2/24/00 | $ 56.43 | 3/24/00 | $ 6.76 | 4/24/00 | $ 6.37 | 5/24/00 | $ 0.60 | 6/24/00 | $ 0.14 | 7/24/00 | $ 4.33 |
| 2/25/00 | $ 56.43 | 3/25/00 | $ 6.76 | 4/25/00 | $ 6.37 | 5/25/00 | $ 0.10 | 6/25/00 | $ 0.14 | 7/25/00 | $ 4.33 |
| 2/26/00 | $ 56.43 | 3/26/00 | $ 6.76 | 4/26/00 | $ 6.37 | 5/26/00 | $ 0.10 | 6/26/00 | $ 0.14 | 7/26/00 | $ 4.33 |
| 2/27/00 | $ 56.43 | 3/27/00 | $ 6.76 | 4/27/00 | $ 0.44 | 5/27/00 | $ 0.10 | 6/27/00 | $ (3.86) | 7/27/00 | $ 4.33 |
| 2/28/00 | $ 56.43 | 3/28/00 | $ 6.76 | 4/28/00 | $ 0.44 | 5/28/00 | $ 0.10 | 6/28/00 | $ (3.86) | 7/28/00 | $ 4.33 |
| 2/29/00 | $ 56.43 | 3/29/00 | $ 6.76 | 4/29/00 | $ 0.44 | 5/29/00 | $ 0.10 | 6/29/00 | $ (3.86) | 7/29/00 | $ 4.33 |
| 3/1/00 | $ 56.43 | 3/30/00 | $ 6.76 | 4/30/00 | $ 0.44 | 5/30/00 | $ 0.10 | 6/30/00 | $ (3.86) | 7/30/00 | $ 4.33 |
| 3/2/00 | $ (8.80) | 3/31/00 | $ 6.76 | 5/1/00 | $ 0.44 | 5/31/00 | $ 0.10 | 7/1/00 | $ (3.86) | 7/31/00 | $ (2.86) |
| 3/3/00 | $ (8.80) | 4/1/00 | $ 6.76 | 5/2/00 | $ 0.44 | 6/1/00 | $ 0.10 | 7/2/00 | $ (14.71) | 8/1/00 | $ (6.35) |
| 3/4/00 | $ (8.80) | 4/2/00 | $ 6.76 | 5/3/00 | $ 0.44 | 6/2/00 | $ (10.75) | 7/3/00 | $ (14.71) | 8/2/00 | $ (6.35) |
| 3/5/00 | $ (8.80) | 4/3/00 | $ (4.09) | 5/4/00 | $ (10.41) | 6/3/00 | $ (10.75) | 7/4/00 | $ (14.71) | 8/3/00 | $ (17.20) |
| 3/6/00 | $ (8.80) | 4/4/00 | $ (4.09) | 5/5/00 | $ (10.41) | 6/4/00 | $ (10.75) | 7/5/00 | $ (14.71) | 8/4/00 | $ (17.20) |
| 3/7/00 | $ (8.80) | 4/5/00 | $ (4.09) | 5/6/00 | $ (10.41) | 6/5/00 | $ (10.75) | 7/6/00 | $ (14.71) | 8/5/00 | $ (17.20) |
| 3/8/00 | $ (8.80) | 4/6/00 | $ (4.09) | 5/7/00 | $ (10.41) | 6/6/00 | $ (10.75) | 7/7/00 | $ (14.71) | 8/6/00 | $ (17.20) |
| 3/9/00 | $ (8.80) | 4/7/00 | $ (4.09) | 5/8/00 | $ (10.41) | 6/7/00 | $ (10.75) | 7/8/00 | $ (14.71) | 8/7/00 | $ (17.20) |
| 3/10/00 | $ (8.80) | 4/8/00 | $ (4.09) | 5/9/00 | $ (10.41) | 6/8/00 | $ (10.75) | 7/9/00 | $ (14.71) | 8/8/00 | $ (17.20) |
| 3/11/00 | $ (8.80) | 4/9/00 | $ (4.09) | 5/10/00 | $ (10.71) | 6/9/00 | $ (10.75) | 7/10/00 | $ (14.71) | 8/9/00 | $ (17.20) |
| | | 4/10/00 | $ (4.09) | 5/11/00 | $ (10.71) | 6/10/00 | $ (10.75) | 7/11/00 | $ (14.71) | 8/10/00 | $ (17.20) |
| | | 4/11/00 | $ (4.09) | | | 6/11/00 | $ (10.75) | | | 8/11/00 | $ (5.32) |
| AVG | $ 29.96 | | $ 3.48 | | $ 2.04 | | $ (3.38) | | $ 5.45 | | $ 5.37 |

5.3727419

# SHAWN JORDAN, BI-8942

## AVERAGE MONTHLY DEPOSITS

| DATE | INST EMP | OTHER | TOTAL |
|---|---|---|---|
| 2/14/00 | $ 5.76 | $ 105.01 | $ 110.77 |
| 3/13/00 | $ 10.85 | $ - | $ 10.85 |
| 2/22/00 | $ - | $ 50.00 | $ 50.00 |
| 4/14/00 | $ - | $ 50.00 | $ 50.00 |
| 4/17/00 | $ 21.28 | $ - | $ 21.28 |
| 5/15/00 | $ 20.52 | $ - | $ 20.52 |
| 6/12/00 | $ 22.80 | $ - | $ 22.80 |
| 6/15/00 | $ - | $ 40.00 | $ 40.00 |
| 7/17/00 | $ 25.20 | $ - | $ 25.20 |
| TOTALS | $ 106.41 | $ 245.01 | $ 351.42 |
| AVG | $ 17.74 | | $ 58.57 |

```
PA DEPT. OF CORRECTIONS          INMATE ACCOUNTS SYSTEM          RUN      IAS365
BUREAU OF COMPUTER SERVICES      PARTIAL ACCOUNT LISTING         DATE  8/14/2000
REMOTE PRINT TIME 12:09              FROM PURGE FILE             PAGE          1

   INMATE   NAME
   NUMBER   LAST                    FIRST              MI          STARTING BALANCE
   BI8942   JORDAN                  SHAWN                                -36.54

BATCH      DATE                                         TRANSACTION  BALANCE AFTER
  #     MO DY YEAR      TRANSACTION DESCRIPTION            AMOUNT     TRANSACTION

9001    01-06-2000  34  RADIO/TV
                        BASIC CABLE TV AND HBO              -10.85        -47.39
9002    02-03-2000  34  RADIO/TV
                        BASIC CABLE TV AND HBO              -10.85        -58.24
7385    02-10-2000  13  PERSONAL GIFT FROM
                        WILLIAM JORDAN       #503633         60.00          1.76
7407    02-14-2000  14  MISCELLANEOUS
                        MUSICIAN'S FRIEND    #E425442       105.01        106.77
7415    02-14-2000  10  MAINTENANCE PAYROLL
                        JANUARY WAGES                         5.76        112.53
7438    02-16-2000  42  SAVINGS
                        OMEGA BANK                          -50.00         62.53
8048    02-17-2000  32  ROC COMMISSARY
                        FOR  2/17/2000                      -29.60         32.93
7469    02-22-2000  14  MISCELLANEOUS
                        OMEGA BANK CK RET    #E423602        50.00         82.93
8055    02-24-2000  32  ROC COMMISSARY
                        FOR  2/24/2000                      -26.50         56.43
8062    03-02-2000  32  ROC COMMISSARY
                        FOR  3/02/2000                      -54.38          2.05
9003    03-02-2000  34  RADIO/TV
                        BASIC CABLE TV AND HBO              -10.85         -8.80
7620    03-13-2000  10  MAINTENANCE PAYROLL
                        WAGES - FEBRUARY 2000                18.30          9.50
7639    03-15-2000  35  DENTAL/GLASSES
                        EYEGLASS CASE COST                   -1.75          7.75
7679    03-21-2000  37  POSTAGE
                        MARCH                                 -.99          6.76

                        BALANCE AFTER THESE TRANSACTIONS------>             6.76
```

```
PA DEPT. OF CORRECTIONS          INMATE ACCOUNTS SYSTEM           RUN       IAS365
BUREAU OF COMPUTER SERVICES       PARTIAL ACCOUNT LISTING         DATE   8/14/2000
REMOTE PRINT TIME 12:09                FROM ACTIVE FILE           PAGE           1

   INMATE     NAME
   NUMBER     LAST                      FIRST            MI          STARTING BALANCE
   BI8942     JORDAN                    SHAWN                              6.76

  BATCH        DATE                                            TRANSACTION BALANCE AFTER
    #      MO DY YEAR      TRANSACTION DESCRIPTION               AMOUNT     TRANSACTION

   9004    04-03-2000  34  RADIO/TV
                           BASIC CABLE TV AND HBO                 -10.85        -4.09
   7844    04-12-2000  35  DENTAL/GLASSES
                           EYEGLASS COST                           -6.25       -10.34
   7867    04-14-2000  14  MISCELLANEOUS
                           OMEGA BANK             #513434          50.00        39.66
   8106    04-15-2000  32  ROC COMMISSARY
                           FOR   4/17/2000                        -36.31         3.35
   7882    04-17-2000  10  MAINTENANCE PAYROLL
                           WAGES - MARCH 2000                      21.28        24.63
   8111    04-20-2000  32  ROC COMMISSARY
                           FOR   4/20/2000                        -18.26         6.37
   8118    04-27-2000  32  ROC COMMISSARY
                           FOR   4/28/2000                         -5.93          .44
   9005    05-04-2000  34  RADIO/TV
                           BASIC CABLE TV AND HBO                 -10.85       -10.41
     50    05-10-2000  38  INSIDE PURCHASES
                           LIBRARY COPIES (4/28)                    -.30       -10.71
     78    05-15-2000  10  MAINTENANCE PAYROLL
                           APRIL 2000 WAGES                        20.52         9.81
   8139    05-18-2000  32  ROC COMMISSARY
                           FOR   5/19/2000                         -9.21          .60
    168    05-26-2000  36  PRINTED MATERIALS
                           CABLE GUIDE - JUNE                       -.50          .10
   9006    06-01-2000  34  RADIO/TV
                           BASIC CABLE TV AND HBO                 -10.85       -10.75
    279    06-12-2000  10  MAINTENANCE PAYROLL
                           WAGES - MAY 2000                        22.80        12.05
    314    06-15-2000  14  MISCELLANEOUS
                           OMEGA BANK             #585849          40.00        52.05
   8167    06-15-2000  32  ROC COMMISSARY
                           FOR   6/16/2000                        -10.81        41.24
    343    06-20-2000  37  POSTAGE
                           JUNE                                     -.44        40.80
    362    06-22-2000  37  POSTAGE
                           JUNE                                    -1.65        39.15
   8174    06-22-2000  32  ROC COMMISSARY
                           FOR   6/22/2000                        -39.01          .14
    399    06-27-2000  41  MEDICAL
                           CO-PAY (6-26-00)                        -4.00        -3.86
   9007    07-03-2000  34  RADIO/TV
                           BASIC CABLE TV AND HBO                 -10.85       -14.71
    541    07-17-2000  10  MAINTENANCE PAYROLL
                           JUNE WAGES - 2000                       25.20        10.49
```

```
PA DEPT. OF CORRECTIONS           INMATE ACCOUNTS SYSTEM          RUN      IAS365
BUREAU OF COMPUTER SERVICES       PARTIAL ACCOUNT LISTING         DATE  8/14/2000
REMOTE PRINT TIME 12:09              FROM ACTIVE FILE             PAGE          2

    INMATE   NAME
    NUMBER   LAST                  FIRST              MI
    BI8942   JORDAN                SHAWN

 BATCH      DATE                                         TRANSACTION  BALANCE AFTER
   #      MO DY YEAR    TRANSACTION DESCRIPTION             AMOUNT     TRANSACTION

  8202    07-20-2000  32  ROC COMMISSARY
                          FOR  7/20/2000                      -6.16          4.33
   647    07-31-2000  37  POSTAGE
                          JULY                                -7.19         -2.86
   657    08-01-2000  37  POSTAGE
                          JULY                                -3.49         -6.35
  9008    08-03-2000  34  RADIO/TV
                          BASIC CABLE TV AND HBO             -10.85        -17.20

                       BALANCE AFTER THESE TRANSACTIONS------>             -17.20
```

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: Jordan v. Meyers, et al.    : Civil Action No. 1:00-cv-01387

Inmate: Shawn Jordan              :

ID Number: BI 8942                :

ADMINISTRATIVE ORDER

The individual identified above has initiated a civil complaint in the U.S. District Court for the Middle District of Pennsylvania. The filing fee for this action is $150.00.

Pursuant to the Prison Litigation Reform Act and Standing Order No. 96-1 of this court, the Superintendent/Warden of the institution where this inmate is incarcerated is directed to furnish the court and the inmate with a certified copy of the statement for the past six months of the prisoner's trust fund account (or institutional equivalent). The Superintendent/Warden is also directed to remit from the prisoner's account, in monthly installments, the full $150.00 fee.

As soon as funds are available in the inmate's prison account, the Superintendent/Warden shall submit an initial partial payment of 20 percent of the greater of:

(1) the average monthly deposits to the inmate's prison account for the past six months, or

(2) the average monthly balance in the inmate's prison account for the past six months.

The remittance must be accompanied by a statement of the calculations used to arrive at the amount, a copy of which you shall furnish to the inmate.

After the initial payment, if there remains any unpaid fee due and

owing the Court, the Superintendent/Warden in any institution where the inmate is incarcerated is required by law to set aside and remit on a monthly basis 20 percent of the preceding month's deposits credited to the prisoner's account until the filing fee has been paid in full. Each time a deposit is made to the inmate's account, the Superintendent/Warden shall set aside the deposit immediately before any disbursement is made by the inmate, until an amount equal to 20 percent of the previous month's deposits is obtained. When the 20 percent amount is obtained, it shall be transmitted in one monthly payment to the Clerk. Each payment shall be clearly identified by the name of the prisoner and the number assigned to this action.

Payments must be made payable to "Clerk, U.S. District Court" and transmitted to:

> U.S. District Court
> P.O. Box 1148
> Scranton, PA  18501-1148

In the event the plaintiff is transferred to a different correctional facility before the full filing fee is paid, you must forward this Administrative Order to the Superintendent/Warden of the receiving institution. This Order will be binding on the Superintendent/Warden of any correctional facility where the prisoner is incarcerated until the filing fee is paid in full.

MARY E. D'ANDREA
Clerk of Court

By: /s/
Deputy Clerk

DATE: August 11, 2000

Warden/Superintendant
SCI-R
SCI at Rockview
LT 8942
P.O. Box A
Bellefonte, PA  16823


Re: 1:00-cv-01387

------------------------------

------------------------------

Please file all pleadings directly with the Clerk's Office in which the assigned Judge is located.  Do not file any courtesy copies with the Judge's Chambers.

| JUDICIAL OFFICERS: | CLERK'S OFFICE ADDRESS: |
|---|---|
| Judge Sylvia H. Rambo<br>Judge Yvette Kane<br>Judge William W. Caldwell<br>Magistrate Judge J. Andrew Smyser | U.S. District Court<br>  228 Walnut Street<br>P.O. Box 983<br>Harrisburg, PA  17108 |
| Chief Judge Thomas I. Vanaskie<br>Judge A. Richard Caputo<br>Judge James M. Munley<br>Judge William J. Nealon<br>Judge Richard P. Conaboy<br>Judge Edwin M. Kosik<br>Magistrate Judge Raymond J. Durkin<br>Magistrate Judge Thomas M. Blewitt | U.S. District Court<br>235 N. Washington Ave.<br>  P.O. Box 1148<br>Scranton, PA  18501 |
| Judge James F. McClure<br>Judge Malcolm Muir | U.S. District Court<br>240 West Third Street<br>Suite 218<br>Williamsport, PA  17701 |