Shawn Jordan
Box-A-BI 8942
Bellefonte, Pa. 16823
Clerk's office.
U.S. District Courthouse
228 Walnut St.
P.O. Box 983
Harrisburg, Pa. 17108

8/16/00

Call / LQ

In Re: 1:00-CV-01387  Jordan V. Meyers

FILED
SCRANTON

AUG 28 2000

PER _____ _____
DEPUTY CLERK

Dear Clerk's

Can you please send me a copy of my Complaint, Also I enclosing the Consent form.

Thank you.

S. Jordan