OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
for the
MIDDLE DISTRICT OF PENNSYLVANIA
William J. Nealon Federal Bldg. & U.S. Courthouse
235 North Washington Avenue
P.O. Box 1148
Scranton, PA 18501-1148

**MARY E. D'ANDREA**
Clerk of Court

(570) 207-5600   FAX (570) 207-5650
e-mail address: www.pamd.uscourts.gov

Divisional Offices

Harrisburg:      (717) 221-3920
Williamsport:   (570) 323-6380

August 22, 2000

FILED
SCRANTON

AUG 28 2000

PER _____
DEPUTY CLERK

Mr. Shawn Jordan
BI-8942
SCI-Rockview
P.O. Box A
Bellefonte, PA  16823

  Re:  <u>Jordan v. Meyers, et al.</u>, Civil No. 1:CV-00-1387
    (Judge Caldwell)

Dear Mr. Jordan:

  I am writing in response to your recent letter in which you request a copy of the complaint in the case referenced above.

  Although there is usually a charge of $.50 per page for copies, the enclosed copy is being provided to you on this one occasion free of charge.

           Sincerely,

           Laurie A. Quinn, Esquire
           Pro Se Law Clerk

LQ:laf
Enclosure