United State District Court.
235 North Washington Ave.
P.O. Box-1148
Scranton, Pa. 18501

From: Shawn Jordan
Box-A-BI 8942
Bellefonte, Pa. 16823
Complaint #: 1:CV00-1387

Ref: Has defendants Been Serviced.

10
9/18/00
Caldwell
9/12/00

FILED
SCRANTON
SEP 18 2000
PER _____ DEPUTY CLERK

Dear Sir,

   Can you please tell me has the Defendants been Serviced a copy of the Complaint 1:CV00-1387, And has the Courts gotton a copy of the Amended Complaint or has it been filed.

Thank you
[signature]