

**OFFICE OF THE CLERK**
**UNITED STATES DISTRICT COURT**
for the
**MIDDLE DISTRICT OF PENNSYLVANIA**
William J. Nealon Federal Bldg. & U.S. Courthouse
235 North Washington Avenue
P.O. Box 1148
Scranton, PA 18501-1148

MARY E. D'ANDREA
Clerk of Court

(570) 207-5600  FAX (570) 207-5650
e-mail address: www.pamd.uscourts.gov

*Divisional Offices*

Harrisburg:     (717) 221-3920
Williamsport:   (570) 323-6380

September 21, 2000

Mr. Shawn Jordan
BI-8942
Box A
Bellefonte, PA  16823

Re: Jordan v. Meyers, et al., Civil No. 1:CV-00-1387
(Judge Caldwell)

Dear Mr. Jordan:

I am writing in response to your recent letter regarding the action referenced above.

Please be advised that service of the complaint has not yet been directed. We did receive a copy of your proposed amended complaint and the case is presently under consideration by the court.

Sincerely,

Laurie A. Quinn, Esquire
Pro Se Law Clerk

LQ:laf