```
10/26/00                TRANSFER-ADJUSTMENT-FORFEITURE REPORT                                 1

TRNS-ADJ           DATE        FUND      CASE NO            DEF                AMOUNT
*********************************************************************************************

80300205001.    10/25/00    6855XX     3:00-OP-1         SCRANTON              -25.00
80300205002.    10/25/00    0869PL     3:00-OP-1                                25.00
80300205101.    10/25/00    6855XX                                              -5.00
80300205201.    10/25/00    086900     3:00-OP-1                                 5.00
80300205202.    10/25/00    0869PL                                              -2.00
80300205301.    10/25/00    6855XX     3:00-OP-1                                 2.00
80300205401.    10/25/00    6855XX     3:00-OP-1                                -5.00
80300205402.    10/25/00    086900                                               5.00
80300205501.    10/25/00    504100     3:98-CR-223-01                         -250.00
80300205502.    10/25/00    6855XX     3:00-OP-1                               250.00
80300205601.    10/25/00    504100     3:99-CR-057-01                          -25.00
80300205602.    10/25/00    6855XX     3:00-OP-1                                25.00
80300205701.    10/25/00    504100     3:98-CR-095-01                          -25.00
80300205702.    10/25/00    6855XX     3:00-OP-1                                25.00
80300205801.    10/25/00    504100     3:99-CR-236-01                          -25.00
80300205802.    10/25/00    6855XX     3:00-OP-1                                25.00
80300205901.    10/25/00    504100     3:99-CR-109-02                          -37.10
80300205902.    10/25/00    6855XX     3:00-OP-1                                37.10
80300206001.    10/25/00    6855XX     3:00-OP-1                               -65.27
80300206002.    10/25/00    5100PL                                               4.45
80300206003.    10/25/00    5100PL                                              18.11
80300206004.    10/25/00    5100PL                                              37.72
80300206101.    10/25/00    6855XX     3:00-OP-1                                 4.99
80300206102.    10/25/00    5100PL                                             -31.51
80300206103.    10/25/00    5100PL                                              17.92
80300206201.    10/25/00    6855XX                                              13.59
80300206202.    10/25/00    5100PL                                             -11.67
80300206301.    10/25/00    6855XX     3:00-OP-1                                11.67
80300206302.    10/25/00    0869PL                                            -217.79
80300206303.    10/25/00    5100PL                                               6.44
80300206304.    10/25/00    0869PL                                               1.47
80300206305.    10/25/00    5100PL                                              12.94
80300206306.    10/25/00    0869PL                                               7.54
80300206307.    10/25/00    0869PL                                              15.28
80300206308.    10/25/00    5100PL                                               2.47
80300206309.    10/25/00    5100PL                                              13.44
80300206310.    10/25/00    5100PL                                              14.11
80300206311.    10/25/00    5100PL                                              10.58
80300206312.    10/25/00    0869PL                                               5.47
80300206313.    10/25/00    5100PL                                              10.08
80300206314.    10/25/00    5100PL                                              10.08
80300206316.    10/25/00    0869PL                                              40.43
80300206317.    10/25/00    0869PL                                               3.65
80300206318.    10/25/00    5100PL                                              14.85
80300206319.    10/25/00    0869PL                                               6.88
80300206320.    10/25/00    0869PL                                               6.34
80300206321.    10/25/00    5100PL                                               6.34
80300206401.    10/25/00    086900                                              22.96
80300206402.    10/25/00    6855XX     3:00-OP-1                                -1.00
                                                                                 1.00
```

FILED
SCRANTON
NOV 01 2000
PER _____ DEPUTY CLERK

T2063-8  $2.47   1:00-1387  Jordan