11/28/00

TRANSFER-ADJUSTMENT-FORFEITURE REPORT                                       1

| TRNS-ADJ | DATE | FUND | CASE NO | DEF | AMOUNT |
|---|---|---|---|---|---|
| 8030208701. | 11/22/00 | 6855XX | 3:00-OP-1 | 1 | -10.00 |
| 8030208702. | 11/22/00 | 0869PL | | 0 | 10.00 |
| 8030208801. | 11/22/00 | 6855XX | 3:00-OP-1 | 1 | -17.24 |
| 8030208802. | 11/22/00 | 5100PL | | 0 | 8.62 |
| 8030208803. | 11/22/00 | 0869PL | | 0 | 8.62 |
| 8030208901. | 11/22/00 | 6855XX | 3:00-OP-1 | 1 | -41.29 |
| 8030208902. | 11/22/00 | 5100PL | | 0 | 13.76 |
| 8030208903. | 11/22/00 | 5100PL | | 0 | 13.76 |
| 8030208904. | 11/22/00 | 0869PL | | 0 | 3.42 |
| 8030208905. | 11/22/00 | 0869PL | | 0 | 11.41 |
| 8030208906. | 11/22/00 | 5100PL | | 0 | 6.95 |
| 8030209001. | 11/22/00 | 6855XX | 3:00-OP-1 | 1 | -84.76 |
| 8030209002. | 11/22/00 | 0869PL | | 0 | 7.41 |
| 8030209003. | 11/22/00 | 5100PL | | 0 | 40.03 |
| 8030209004. | 11/22/00 | 0869PL | | 0 | 0.44 |
| 8030209005. | 11/22/00 | 5100PL | | 0 | 25.35 |
| 8030209006. | 11/22/00 | 0869PL | | 0 | 8.00 |
| 8030209007. | 11/22/00 | 5100PL | | 0 | 3.53 |
| 8030209008. | 11/22/00 | 6855XX | 3:00-OP-1 | 1 | -188.83 |
| 8030209102. | 11/22/00 | 0869PL | | 0 | 3.02 |
| 8030209103. | 11/22/00 | 5100PL | | 0 | 0.76 |
| 8030209104. | 11/22/00 | 0869PL | | 0 | 2.63 |
| 8030209105. | 11/22/00 | 5100PL | | 0 | 6.46 |
| 8030209106. | 11/22/00 | 0869PL | | 0 | 10.67 |
| 8030209107. | 11/22/00 | 5100PL | | 0 | 2.76 |
| 8030209108. | 11/22/00 | 0869PL | | 0 | 14.11 |
| 8030209109. | 11/22/00 | 5100PL | | 0 | 14.78 |
| 8030209110. | 11/22/00 | 0869PL | | 0 | 11.09 |
| 8030209111. | 11/22/00 | 0869PL | | 0 | 8.83 |
| 8030209112. | 11/22/00 | 5100PL | | 0 | 11.03 |
| 8030209113. | 11/22/00 | 5100PL | | 0 | 38.45 |
| 8030209114. | 11/22/00 | 5100PL | | 0 | 11.03 |
| 8030209115. | 11/22/00 | 5100PL | | 0 | 7.08 |
| 8030209116. | 11/22/00 | 5100PL | | 0 | 5.96 |
| 8030209117. | 11/22/00 | 5100PL | | 0 | 1.06 |
| 8030209118. | 11/22/00 | 0869PL | | 0 | 12.05 |
| 8030209119. | 11/22/00 | 0869PL | | 0 | 11.99 |
| 8030209120. | 11/22/00 | 086900 | | 0 | -5.00 |
| 8030209121. | 11/22/00 | 6855XX | 3:00-OP-1 | 1 | 5.00 |
| 8030209201. | 11/22/00 | 5100PL | | | |
| 8030209202. | 11/22/00 | 6855XX | | | |

SCRANTON                                     DIVISION TOTAL        0.00

Handwritten: T 2091-8 & 2.76    1:00-1387    JORDAN

NOV 2 8 2000  FILED

11/29/0
(13)