from: Mr. Shawn Jordan
Box-A-BI8942
Bellefonte, Pa. 16823

To: Mary E. D'Andrea
Clerk of Court.
United States District Court
Middle District of Pennsylvania
235 North Washington Ave.
P.O. Box-1148
Scranton, Pa. 18501-1148

FILED
SCRANTON
DEC 28 2000
PER _____
DEPUTY CLERK 12/22/00

Ref: Jordan v. Meyers, et al.
Civil No. 1:CV-00-1387

Dear D'Andrea

　　　I would like to know the status of my case, and any other filings if any!

Thank you.