```
12/27/00              TRANSFER-ADJUSTMENT-FORFEITURE REPORT                                  2
TRNS-ADJ        DATE        FUND      CASE NO        DEF             AMOUNT
*************************************************************************************
                                      SCRANTON
80300210801.   12/26/00    6855XX    3:00-OP-1        1              -27.85
80300210802.   12/26/00    5100PL                     0                9.86
80300210803.   12/26/00    0869PL                     0                1.89
80300210804.   12/26/00    5100PL    3:00-OP-1        1               16.10
80300210901.   12/26/00    6855XX                     0              -21.05
80300210902.   12/26/00    5100PL                     0                6.61
80300210903.   12/26/00    0869PL                     0               14.44
80300211001.   12/26/00    6855XX    3:00-OP-1        1              -12.00
80300211002.   12/26/00    5100PL                     0               12.00
80300211101.   12/26/00    6855XX    3:00-OP-1        1             -199.51
80300211102.   12/26/00    0869PL                     0                2.74
80300211103.   12/26/00    5100PL                     0                9.73
80300211104.   12/26/00    5100PL                     0                7.16
80300211105.   12/26/00    0869PL                     0               10.21
80300211106.   12/26/00    5100PL                     0                8.47
80300211107.   12/26/00    5100PL                     0               12.77
80300211108.   12/26/00    5100PL                     0               12.73
80300211109.   12/26/00    0869PL                     0               11.09
80300211110.   12/26/00    5100PL                     0                7.54
80300211111.   12/26/00    5100PL                     0                9.98
80300211112.   12/26/00    5100PL                     0                9.98
80300211113.   12/26/00    0869PL                     0               11.12
80300211114.   12/26/00    5100PL                     0               35.62
80300211115.   12/26/00    5100PL                     0                3.19
80300211116.   12/26/00    5100PL                     0               18.34
80300211117.   12/26/00    5100PL                     0               18.34
80300211118.   12/26/00    0869PL                     0                7.76
80300211119.   12/26/00    5100PL
                                                             DIVISION TOTAL    0.00
```

*Handwritten notations:* Califia M 1/2/01 15; T2111-07  88.47  1:00-1387  JORDAN

FILED SCRANTON JAN 02 2001 PER _____ DEPUTY CLERK