OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
for the
MIDDLE DISTRICT OF PENNSYLVANIA
William J. Nealon Federal Bldg. & U.S. Courthouse
235 North Washington Avenue
P.O. Box 1148
Scranton, PA 18501-1148

**MARY E. D'ANDREA**
*Clerk of Court*

(570) 207-5600  FAX (570) 207-5650
e-mail address: www.pamd.uscourts.gov

*Divisional Offices*

Harrisburg:      (717) 221-3920
Williamsport:  (570) 323-6380

January 22, 2001

FILED
SCRANTON

JAN 30 2001

PER _____
DEPUTY CLERK

Mr. Shawn Jordan
BI-8942
SCI-Rockview
Box A
Bellefonte, PA 16823

    Re:    <u>Jordan v. Meyers, et al.</u>, Civil No. 1:CV-00-1387   (Judge Caldwell)

Dear Mr. Jordan:

    I am writing in response to your recent letter regarding the above-referenced action. Please be advised that your case is presently under consideration by the court.

                          Sincerely,

                          Laurie A. Quinn, Esquire
                          Pro Se Law Clerk

LQ:laf