```
01/30/01                TRANSFER-ADJUSTMENT-FORFEITURE REPORT                                    1
TRNS-ADJ       DATE      FUND      CASE NO           DEF    AMOUNT
*************************************************************************
                                   SCRANTON
80300213801   01/25/01  6855XX    3:01-OP-1          1     -325.95
80300213802   01/25/01  0869PL                       0        2.88
80300213803   01/25/01  5100PL                       0        5.88
80300213804   01/25/01  5100PL                       0        1.44
80300213805   01/25/01  0869PL                       0       52.61
80300213806   01/25/01  0869PL                       0       60.00
80300213807   01/25/01  0869PL                       0        3.09
80300213808   01/25/01  0869PL                       0       10.04
80300213809   01/25/01  0869PL                       0        8.92
80300213810   01/25/01  5100PL                       0        8.62
80300213811   01/25/01  5100PL                       0       13.44
80300213812   01/25/01  5100PL                       0       11.47
80300213813   01/25/01  0869PL                       0        3.38
80300213814   01/25/01  5100PL                       0       14.38
80300213815   01/25/01  5100PL                       0        5.40
80300213816   01/25/01  5100PL                       0       10.50
80300213817   01/25/01  0869PL                       0       10.50
80300213818   01/25/01  5100PL                       0       24.38
80300213819   01/25/01  0869PL                       0       19.31
80300213820   01/25/01  5100PL                       0       40.88
80300213821   01/25/01  5100PL                       0       18.83
80300213901   01/25/01  6855XX    3:01-OP-1          1       -5.00
80300213902   01/25/01  086900                       0        5.00
80300214001   01/25/01  086900                       0       -5.00
80300214101   01/25/01  6855XX    3:01-OP-1          1        5.00
80300214102   01/25/01  510000                       0      -90.00
80300214103   01/25/01  5100PL                       0       90.00
80300214104   01/25/01  086900                       0      -60.00
80300214201   01/25/01  0869PL                       0       60.00
80300214202   01/25/01  6855XX    3:99-OP-1          1      -10.00
80300214301   01/25/01  613300    3:99-UC-1          1       10.00
80300214302   01/25/01  504100    3:99-CR-236-01     1      -25.00
80300214401   01/25/01  6855XX    3:01-OP-1          1       25.00
80300214402   01/25/01  504100    3:97-CR-079-01     1      -50.00
80300214501   01/25/01  6855XX    3:01-OP-1          1       50.00
80300214502   01/25/01  504100    3:98-CR-010-01     1       -5.00
80300214601   01/25/01  6855XX    3:01-OP-1          1        5.00
80300214602   01/25/01  504100    3:98-CR-153-01     1      -10.00
                        6855XX    3:01-OP-1          1       10.00

                                                  DIVISION TOTAL    0.00
```

FILED
SCRANTON
FEB 07 2001
PER _____ DEPUTY CLERK

T2138-10   $8.62   1:00-1387   JORDAN