```
02/22/01                    TRANSFER-ADJUSTMENT-FORFEITURE REPORT                              2

TRNS-ADJ           DATE      FUND      CASE NO             DEF                         AMOUNT
****************************************************************************************************
                                                          SCRANTON
80300216101.      02/21/01   6855XX    3:01-OP-1                                 1     -59.26
80300216102.      02/21/01   5100PL                                              0       3.61
80300216103.      02/21/01   0869PL                                              0      28.29
80300216104.      02/21/01   5100PL                                              0       9.46
80300216105.      02/21/01   5100PL                                              0       6.15
80300216106.      02/21/01   5100PL                                              0      11.75
80300216201.      02/21/01   6855XX    3:01-OP-1                                 1     -30.00
80300216202.      02/21/01   5100PL                                              0      30.00
80300216301.      02/21/01   6855XX    3:01-OP-1                                 1     -47.96
80300216302.      02/21/01   5100PL                                              0      10.00
80300216303.      02/21/01   5100PL                                              0       5.60
80300216304.      02/21/01   5100PL                                              0       8.00
80300216305.      02/21/01   0869PL                                              0       3.63
80300216306.      02/21/01   5100PL                                              0      11.15
80300216307.      02/21/01   5100PL                                              0       1.58
80300216308.      02/21/01   5100PL                                              0       8.00
80300216401.      02/21/01   6855XX    3:01-OP-1                                 1     -98.87
80300216402.      02/21/01   0869PL                                              0       1.51
80300216403.      02/21/01   5100PL                                              0       1.51
80300216404.      02/21/01   5100PL                                              0       1.51
80300216405.      02/21/01   0869PL                                              0       3.76
80300216406.      02/21/01   0869PL                                              0       8.29
80300216407.      02/21/01   5100PL                                              0       8.78
80300216408.      02/21/01   5100PL                                              0       7.81
80300216409.      02/21/01   0869PL                                              0       6.30
80300216410.      02/21/01   5100PL                                              0       4.69
80300216411.      02/21/01   0869PL                                              0       6.78
80300216412.      02/21/01   5100PL                                              0       3.62
80300216413.      02/21/01   5100PL                                              0       6.38
80300216414.      02/21/01   0869PL                                              0      10.13
80300216415.      02/21/01   5100PL                                              0       0.90
80300216416.      02/21/01   0869PL                                              0      10.13
80300216417.      02/21/01   5100PL                                              0       0.90
80300216418.      02/21/01   5100PL                                              0       4.25
80300216419.      02/21/01   5100PL                                              0       3.02
80300216420.      02/21/01   5100PL                                              0       8.60
80300216501.      02/21/01   6855XX    3:01-OP-1                                 1     -19.60
80300216502.      02/21/01   0869PL                                              0       7.52
80300216503.      02/21/01   5100PL                                              0       7.52
80300216504.      02/21/01   5100PL                                              0       4.56
80300216601.      02/21/01   6855XX    3:01-OP-1                                 1     -50.38
80300216602.      02/21/01   5100PL                                              0       4.18
80300216603.      02/21/01   5100PL                                              0      27.00
80300216604.      02/21/01   5100PL                                              0       2.27
80300216605.      02/21/01   5100PL                                              0       6.26
80300216606.      02/21/01   0869PL                                              0      10.67
80300216701.      02/21/01   504100    3:99-CR-235-01                            1    -300.00
80300216702.      02/21/01   6855XX    3:99-CR-235-01                            1     300.00

                                                               DIVISION TOTAL            0.00
```

JORDAN

1:00-1387   8.8 & 8.78   3/6/01 L