Shawn Jordan
Box-A- BI8942
Bellefonte, Pa. 16823
4/5/01

Ref: Civil No# 1:CV-00-1387

FILED
SCRANTON
APR 11 2001
PER _____ DEPUTY CLERK

Dear Sir,

Can you please tell me the above case status, and any other information I should know.

Thank you

[signature]