

**MARY E. D'ANDREA**
*Clerk of Court*

**OFFICE OF THE CLERK**
**UNITED STATES DISTRICT COURT**
*for the*
**MIDDLE DISTRICT OF PENNSYLVANIA**
William J. Nealon Federal Bldg. & U.S. Courthouse
235 North Washington Avenue
P.O. Box 1148
Scranton, PA 18501-1148

(570) 207-5600  FAX (570) 207-5650
e-mail address: www.pamd.uscourts.gov



*Divisional Offices*

Harrisburg:   (717) 221-3920
Williamsport: (570) 323-6380

April 24, 2001

Mr. Shawn Jordan
BI-8942
Box A
Bellefonte, PA 16823

FILED
SCRANTON
APR 24 2001
PER _____ DEPUTY CLERK

Re: Jordan v. Meyers, et al., Civil No. 1:CV-00-1387
    (Judge Caldwell)

Dear Mr. Jordan:

I am writing in response to your letter of April 11, 2001 regarding the case referenced above. Please be advised that your amended complaint is presently before the court for consideration.

Sincerely,

Laurie A. Quinn, Esquire
Pro Se Law Clerk

LQ:laf