*see ar*

(23)
7-6-01
sc

UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

SHAWN JORDAN,              :
      Plaintiff     :
                     :
  v.                       :    CIVIL NO. 1:00-CV-1387
                     :
ROBERT W. MEYERS,          :    (Judge Caldwell)
Superintendent, et al.,    :
                     :
      Defendants    :

**FILED**
**HARRISBURG, PA**

JUL 0 5 2001

MARY E. D'ANDREA, CLERK
PER _____
      DEPUTY CLERK

O R D E R

AND NOW, this 5th day of July, 2001, it is ordered that:

1. Plaintiff's motion to proceed in forma pauperis is construed as a motion to proceed without full prepayment of fees and costs and the motion is granted.[1]

2. The United States Marshal is directed to serve plaintiff's amended complaint (doc. 18) on the defendants named therein.[2]

WILLIAM W. CALDWELL
United States District Judge

---

[1] Jordan completed this court's form application to proceed in forma pauperis and authorization to have funds deducted from his prison account. The court then issued an Administrative Order directing the superintendent of SCI-Rockview to commence deducting the full filing fee from plaintiff's prison trust fund account.

[2] Plaintiff's original complaint was dismissed, inter alia, due to his failure to exhaust administrative remedies in regard to his claims of exposure to environmental tobacco smoke. Jordan was granted leave to file an amended complaint and has satisfactorily done so.

UNITED STATES DISTRICT COURT
FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

* * MAILING CERTIFICATE OF CLERK * *

July 5, 2001

Re: 1:00-cv-01387   Jordan v. Meyers

True and correct copies of the attached were mailed by the clerk to the following:

```
Shawn Jordan
SCI-R
SCI at Rockview
BI 8942
P.O. Box A
Bellefonte, PA  16823
```

```
cc:
Judge                       (✓)           ( ) Pro Se Law Clerk
Magistrate Judge            ( )           ( ) INS
U.S. Marshal                ( )           ( ) Jury Clerk
Probation                   ( )
U.S. Attorney               ( )
Atty. for Deft.             ( )
Defendant                   ( )
Warden                      ( )
Bureau of Prisons           ( )
Ct Reporter                 ( )
Ctroom Deputy               ( )
Orig-Security               ( )
Federal Public Defender     ( )
Summons Issued              (✓) with N/C attached to complt. and served by:
                                U.S. Marshal (✓)   Pltf's Attorney ( )
Standard Order 93-5         ( )
Order to Show Cause         ( ) with Petition attached & mailed certified mail
                                to: US Atty Gen ( )   PA Atty Gen ( )
                                    DA of County ( )   Respondents ( )
Bankruptcy Court            ( )
Other_____  ( )
```

MARY E. D'ANDREA, Clerk

DATE: 7/5/01                     BY: _____
                                     Deputy Clerk