```
07/26/01                TRANSFER-ADJUSTMENT-FORFEITURE REPORT                              1

TRNS-ADJ       DATE       FUND      CASE NO              DEF       AMOUNT
*********************************************************************************
                                                 SCRANTON
80300230601.  07/25/01  322350                           0         -54.66
80300260602.  07/25/01  6855XX                           1          54.66
80300260701.  07/25/01  6855XX    3:01-OP-1              1         -89.63
80300260702.  07/25/01  5100PL    3:01-OP-1              0           3.92
80300260703.  07/25/01  0869PL                           0           6.01
80300260704.  07/25/01  5100PL                           0           6.01
80300260705.  07/25/01  5100PL                           0          10.96
80300260706.  07/25/01  5100PL                           0          30.26
80300260707.  07/25/01  5100PL                           0          26.39
80300260708.  07/25/01  5100PL                           0           6.08
80300260801.  07/25/01  6855XX    3:01-OP-1              1        -149.44
80300260802.  07/25/01  0869PL                           0           2.83
80300260803.  07/25/01  5100PL                           0           4.27
80300260804.  07/25/01  5100PL                           0           4.27
80300260805.  07/25/01  0869PL                           0           4.26
80300260806.  07/25/01  0869PL                           0          12.00
80300260807.  07/25/01  5100PL                           0           3.29
80300260809.  07/25/01  0869PL                           0           1.14
80300260810.  07/25/01  5100PL                           0          12.35
80300260811.  07/25/01  5100PL                           0           6.33
80300260812.  07/25/01  0869PL                           0           2.47
80300260813.  07/25/01  0869PL                           0           2.47
80300260814.  07/25/01  5100PL                           0           7.63
80300260815.  07/25/01  5100PL                           0           5.44
80300260816.  07/25/01  0869PL                           0           6.09
80300260817.  07/25/01  5100PL                           0          11.39
80300260818.  07/25/01  5100PL                           0          18.24
80300260819.  07/25/01  0869PL                           0          25.31
80300260820.  07/25/01  5100PL                           0          11.66
80300260901.  07/25/01  6855XX    3:01-OP-1              1           8.00
80300260902.  07/25/01  5100PL                           0         -75.54
80300260903.  07/25/01  5100PL                           0           2.26
80300260904.  07/25/01  5100PL                           0           9.60
80300260905.  07/25/01  5100PL                           0           3.46
80300260906.  07/25/01  5100PL                           0           2.86
80300260907.  07/25/01  5100PL                           0          15.02
80300260908.  07/25/01  0869PL                           0          34.36
80300261001.  07/25/01  504100    3:99-CR-254-01         1           7.98
80300261002.  07/25/01  6855XX    3:01-OP-1              1         -25.00
                                                                    25.00

                                                DIVISION TOTAL       0.00
```

T2606-7    43.29    1:00-1387   JORDAN

24 dm
7-30-01

FILED SCRANTON JUL 27 2001 DEPUTY CLERK