

# WAIVER OF SERVICE OF SUMMONS

TO: _Shawn Jordan_
(Name of plaintiff's attorney or pro se plaintiff)

RECEIVED
2001 AUG -9 AM 9:08

I acknowledge receipt of your request that I waive service of a summons in the action of _Jordan_ vs. _Wakefield_, which is case number _CV-00-1387_ in the United States District Court for the Middle District of Pennsylvania. I have also received a copy of the complaint in the action, two copies of this instrument, and a means by which I can return the signed waiver to you without cost to me.

I agree to save the cost of service of a summons and an additional copy of the complaint in this lawsuit by not requiring that I (or the entity on whose behalf I am acting) be served with judicial process in the manner provided by Rule 4.

I (or the entity on whose behalf I am acting) will retain all defenses or objections to the lawsuit or to the jurisdiction or venue of the court except for the objections based on a defect in the summons or in the service of the summons.

I understand that a judgment may be entered against me (or the party on whose behalf I am acting) if an answer or motion under Rule 12 is not served upon you within 60 days after _July 9, 2001_ (date request was sent), or within 90 days after that date if the request was sent outside the United States.

| 8/6/01 | _Seth A. Mendelsohn_ |
|---|---|
| Date | Signature |

FILED
SCRANTON
AUG 13 2001
_____
DEPUTY CLERK

Printed/Typed Name: Seth A. Mendelsohn

Title if any: Deputy Attorney General

Address: Office of Attorney General
15th Flr., Strawberry Sq.
Harrisburg, PA 17120

For Corporation, if any:

Representing defendant(s) if any: Wake, Whitman, Yancy, Lidgett, Walls, Rackavan, Bitner, Horn, Beard and Meyers

AO 440 (Rev. 10/93) Summons in a Civil Action

# United States District Court

_____MIDDLE_____ DISTRICT OF _____PENNSYLVANIA_____

SHAWN JORDAN
  Plaintiff

**SUMMONS IN A CIVIL CASE**

V.

David J. Wakefield, Terry L. Withman,
Harvey E. Yancy, Larry L. Lidgett,
Denniel J. Walls, Jeffrey A. Rackavan,
Robert S. Bitner, Martin F. Horn, and
Jeffrey A. Beard, and Robert W. Myeyers,
  Defendants

CASE NUMBER:    1:CV-00-1387
                Judge Caldwell

TO: (Name and address of defendant)

  (SEE COMPLT.)

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Shawn Jordan
SCI at Rockview
Box A
Bellefonte, Pa. 16823

an answer to the complaint which is herewith served upon you, within __(20) Twenty__ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Mary E. D'Andrea, Clerk
CLERK

July 5, 2001
DATE

_/s/ George T. Gardner_
(BY) DEPUTY CLERK   George T. Gardner