IN THE UNITED STATED DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

SHAWN JORDAN :
    PLAINTIFF, :
                           **ORIGINAL** :
V. :    CIVIL NO. 1:00-CV-1387
                                         :
ROBERT W. MEYERS, :
SUPERINTENDENT, ET AL. :
    DEFENDENTS :

FILED
HARRISBURG, PA
OCT 17 2001
MARY E. D'ANDREA, CLERK

Motion For Order Compelling Discovery Rule - 37

---

1.     Plaintiff Shawn Jordan pursuant to Rule - 37 of the Federal Rules of Civil Procedures, request an Order Compelling Defendents to comply with Rule - 34 "Production Of Documents".

2.     The request for "Productuon Of Documents", are due on 10/9/01 which has been, overdue for (4) Four days or more.

                                         Respectfully Submitted,
                                         Mr. Shawn Jordan - Plaintiff

Date: 10/13/01

                                         BOX-A-BI8942
                                         Bellefonte, Pa. 16823

<u>Brief in Support</u>

Rule 37 of the Fed. R. Civ. P. Provides for: This Motion.

                                         Respectfully Submitted,
                                       Mr. Shawn Jordan - Plaintiff

Date: 10/13/01

                                         BOX-A-BI8942
                                         Bellefonte, Pa. 16823

IN THE UNITED STATED DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

SHAWN JORDAN                              :
    PLAINTIFF,                            :
                                          :
V.                                        :    CIVIL NO. 1:00-CV-1387
                                          :
ROBERT W. MEYERS,                         :
SUPERINTENDENT, ET AL.                    :
    DEFENDENTS                            :
-------------------------------------------------
Request For Production Of Documents - Under Rule 34
-------------------------------------------------

Plaintiff Shawn Jordan request defendant R.W.Meyers to respond within 30 days to the following request:
That defendant produce and permitt plaintiff to inspect and copy each of the following documents:

(1) A Complete copy of all medical records of plaintiff.
(2) Smoking policy - 16.3.6. and 1.1.7, any other policy.
(3) Maintenance records of the window systems on (D And A block).
(4) Maintenance records of the ventilation system on (D and A block).
(5) A complete copy of records of all tobacco/related tobacco products, from 1995 to 2001 that has been sold to inmates at S.C.I. Rockview.
(6) A complete copy of commissary inventory records of all tobacco/any related tobacco products, from 1995 to 2001.
(7) PACT. System Package.
(8) Rockveiw Yearly bugget from 1995 to 2001.
(9) Offical inmate grievance çROC-0518-01, ROC-0248-00, any related responds.

Date: 9/10/01

Mr. Shawn Jordan - Plaintiff
Box-A-BI8942
Bellefonte, Pa. 16823

cc:
Seth A Mendelsohn
Attorney General
15th Flr., Strawberry Sq.
Harrisburg, Pa. 17120

Shawn Jordan
Box-A-BI 8942
Bellefonte, PA. 16832

10/13/01

Dear Sir,

Enclosed you will find a motion for Order Compelling Discovery, which seeks a Ruling on by the courts.

RECEIVED
OCT 17 2001
PER _____
HARRISBURG, PA., DEPUTY CLERK

Thank you.