29
KM
11/27/01

11/27/01        TRANSFER-ADJUSTMENT-FORFEITURE REPORT

```
TRNS-ADJ        DATE      FUND     CASE NO      DEF    AMOUNT
```

******************************************************************

SCRANTON

| TRNS-ADJ | DATE | FUND | CASE NO | DEF | AMOUNT |
|---|---|---|---|---|---|
| 80300270801. | 11/23/01 | 6855XX | 3:01-OP-1 | 1 | -51.08 |
| 80300270802. | 11/23/01 | 5100PL |  | 0 | 6.74 |
| 80300270803. | 11/23/01 | 0869PL |  | 0 | 10.78 |
| 80300270804. | 11/23/01 | 0869PL |  | 0 | 3.65 |
| 80300270805. | 11/23/01 | 5100PL |  | 0 | 24.97 |
| 80300270806. | 11/23/01 | 0869PL |  | 0 | 3.02 |
| 80300270807. | 11/23/01 | 0869PL |  | 0 | 1.92 |
| 80300270901. | 11/23/01 | 6855XX | 3:01-OP-1 | 1 | -112.24 |
| 80300270902. | 11/23/01 | 5100PL |  | 0 | 1.58 |
| 80300270903. | 11/23/01 | 5100PL |  | 0 | 1.58 |
| 80300270904. | 11/23/01 | 0869PL |  | 0 | 0.79 |
| 80300270905. | 11/23/01 | 5100PL |  | 0 | 16.22 |
| 80300270906. | 11/23/01 | 5100PL |  | 0 | 0.86 |
| 80300270907. | 11/23/01 | 5100PL |  | 0 | 2.61 |
| 80300270908. | 11/23/01 | 0869PL |  | 0 | 5.24 |
| 80300270909. | 11/23/01 | 0869PL |  | 0 | 2.96 |
| 80300270910. | 11/23/01 | 0869PL |  | 0 | 2.96 |
| 80300270911. | 11/23/01 | 0869PL |  | 0 | 7.61 |
| 80300270912. | 11/23/01 | 5100PL |  | 0 | 18.78 |
| 80300270913. | 11/23/01 | 0869PL |  | 0 | 23.17 |
| 80300270914. | 11/23/01 | 5100PL |  | 0 | 10.21 |
| 80300270915. | 11/23/01 | 5100PL |  | 0 | 6.86 |
| 80300270916. | 11/23/01 | 5100PL |  | 0 | 2.28 |
| 80300270917. | 11/23/01 | 5100PL |  | 0 | 8.53 |

DIVISION TOTAL    0.00

T 2709-5   $ 16.22   1:00-1387   JORDAN

FILED
SCRANTON
NOV 27 2001
PER _____ DEPUTY CLERK