FILED
HARRISBURG

DEC 11 2001

MARY E. D'ANDREA, CLERK
Per_____
   DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

SHAWN JORDAN,                          :
       Plaintiff              :
                                       :
    v.                               :   CIVIL NO. 1:00-CV-1387
                                       :
ROBERT W. MEYERS,                      :   (Judge Caldwell)
Superintendent, et al.,                :
                                       :
       Defendants             :

O R D E R

THE BACKGROUND OF THIS ORDER IS AS FOLLOWS:

On October 17, 2001, plaintiff Jordan filed a motion to compel discovery with a supporting brief. Jordan claims that Corrections defendants' responses to his discovery are overdue. To date, defendants have not filed a brief in opposition to Jordan's motion.

Accordingly, this 11th day of December, 2001, upon consideration of plaintiff Jordan's Motion to Compel (doc. 28), it is ordered that:

    1. Defendants file a brief in opposition to plaintiff's discovery motion within ten days of the date of this order advising the Court whether the issue raised by Jordan has been resolved to the satisfaction of both parties, or the precise nature of the remaining discovery dispute.

2. Jordan may file a reply brief within fifteen days of receipt of the Defendants' filing.

*/s/ William W. Caldwell*
WILLIAM W. CALDWELL
United States District Judge

```
                    UNITED STATES DISTRICT COURT
                             FOR THE
                  MIDDLE DISTRICT OF PENNSYLVANIA

                  * * MAILING CERTIFICATE OF CLERK * *

                           December 11, 2001


     Re:  1:00-cv-01387     Jordan v. Meyers



     True and correct copies of the attached were mailed by the clerk
     to the following:


          Shawn Jordan
          SCI-R
          SCI at Rockview
          BI 8942
          P.O. Box A
          Bellefonte, PA   16823

          Seth A. Mendelsohn, Esq.
          Office of the Attorney General
          15th Floor, Strawberry Sq.
          Harrisburg, PA   17120
```

```
cc:
Judge                           (✓)          (✓) Pro Se Law Clerk
Magistrate Judge                ( )          ( ) INS
U.S. Marshal                    ( )          ( ) Jury Clerk
Probation                       ( )
U.S. Attorney                   ( )
Atty. for Deft.                 ( )
Defendant                       ( )
Warden                          ( )
Bureau of Prisons               ( )
Ct Reporter                     ( )
Ctroom Deputy                   ( )
Orig-Security                   ( )
Federal Public Defender         ( )
Summons Issued                  ( )   with N/C attached to complt. and served by:
                                      U.S. Marshal ( )    Pltf's Attorney ( )
Standard Order 93-5             ( )
Order to Show Cause             ( )   with Petition attached & mailed certified mail
                                      to: US Atty Gen  ( )   PA Atty Gen ( )
                                          DA of County ( )   Respondents ( )
Bankruptcy Court                ( )
Other_____  ( )
                                                   MARY E. D'ANDREA, Clerk
```

DATE: 12/11/01                                BY: _____
                                                   Deputy Clerk