31
12/28/0
vg

ORIGINAL

# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

SHAWN JORDAN,                    :
      Plaintiff            :
                    :
                    :
     v.                      :    No. 1:CV-00-1387
                    :    (Judge Caldwell)
DAVID J. WAKEFIELD, et al.,      :
      Defendants           :

FILED
HARRISBURG, PA

DEC 2 7 2001

MARY E. D'ANDREA, CLERK
Per _____ Deputy Clerk

## WITHDRAWAL/ENTRY OF APPEARANCE

Kindly withdraw the appearance of Seth A. Mendelsohn on behalf of

defendants and enter the appearance of Gwendolyn T. Mosley on behalf of

defendants in the above-captioned matter.

Respectfully submitted,

**D. MICHAEL FISHER**
**Attorney General**

By: _Seth A. Mendelsohn_          By: _Gwendolyn T. Mosley_
**SETH A. MENDELSOHN**            **GWENDOLYN T. MOSLEY**
Deputy Attorney General          Senior Deputy Attorney General

**OFFICE OF ATTORNEY GENERAL**
15th Floor, Strawberry Square
Harrisburg, PA 17120
717-787-1179

DATE: December 27, 2001

# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

SHAWN JORDAN,             :

      Plaintiff        :

      v.             :      No. 1:CV-00-1387
                   :      (Judge Caldwell)

DAVID J. WAKEFIELD, <u>et al.</u>,  :

      Defendants    :

## <u>CERTIFICATE OF SERVICE</u>

I, Gwendolyn T. Mosley, Senior Deputy Attorney General, hereby certify that

on this date I caused to be served the foregoing, **WITHDRAWAL/ENTRY OF**

**APPEARANCE** by depositing a copy of the same in the United States mail, postage

prepaid, in Harrisburg, PA., addressed to the following:

Shawn Jordan, #BI-8942
SCI-Rockview
Box A
Bellefonte, PA  16823-0820

**GWENDOLYN T. MOSLEY**
**Senior Deputy Attorney General**

**DATE:  December 27, 2001**