ORIGINAL

㉜
1-2-02
sc

# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

SHAWN JORDAN, :
    **Plaintiff** :
     :
v. : No. 1:CV-00-1387
     : (Judge Caldwell)
DAVID J. WAKEFIELD, et al., :
    **Defendants** :

FILED
HARRISBURG

DEC 2 8 2001

MARY E. D'ANDREA, CLERK
Per_____
    DEPUTY CLERK

## DEFENDANTS' MOTION FOR ENLARGEMENT OF TIME WITHIN WHICH TO FILE BRIEF OPPOSING PLAINTIFF'S DISCOVERY MOTION NUNC PRO TUNC

Defendants, by their attorneys, hereby move the Court pursuant to Fed.R.Civ. P. 6(b) to enlarge the time for filing their brief opposing plaintiff's discovery motion nunc pro tunc . In support of this motion, defendants state the following:

1.    By order dated December 11, 2001, the Court directed, inter alia, that "[d]efendants file a brief in opposition to plaintiff's discovery motion within ten days of the date of this order advising the Court whether the issue raised by Jordan has been resolved to the satisfaction of both parties, or the precise nature of the remaining discovery dispute."

2.    Under applicable rules, defendants' brief was due to be filed and served on December 26, 2001. See Fed.R.Civ.P. 6(a).

3.  The Commonwealth was closed for the Christmas holidays on December 24-25, 2001. Counsel for the defendants was out of the office on December 26 and 27, 2001 working on two other cases and so was unable to prepare their opposing brief until today.

4.  Defendants therefore ask the Court to enlarge by two days the date for filing their brief in opposition to plaintiff's discovery motion.

WHEREFORE, defendants ask the Court to grant this motion and enlarge the time for filing their brief in opposition to plaintiff's discovery motion <u>nunc pro tunc</u>.

          Respectfully submitted,

          D. MICHAEL FISHER
          Attorney General

By: *[signature]*
          GWENDOLYN T. MOSLEY
          Senior Deputy Attorney General

          SUSAN J. FORNEY
          Chief Deputy Attorney General
          Chief, Litigation Section

OFFICE OF ATTORNEY GENERAL
15th Floor, Strawberry Square
Harrisburg, PA 17120
717-787-1180

DATE:    December 28, 2001

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

SHAWN JORDAN,  :
:
Plaintiff  :
:
v.  :   No. 1:CV-00-1387
:   (Judge Caldwell)
DAVID J. WAKEFIELD, et al.,  :
:
Defendants  :

## CERTIFICATE OF SERVICE

I, Gwendolyn T. Mosley, Senior Deputy Attorney General, hereby certify that on this date I caused to be served the foregoing, **Defendants Motion for Enlargement of Time** by depositing a copy of the same in the United States mail, postage prepaid, in Harrisburg, PA., addressed to the following:

Shawn Jordan, #BI-8942
SCI-Rockview
Box A
Bellefonte, PA  16823-0820

GWENDOLYN T. MOSLEY
**Senior Deputy Attorney General**

DATE:  December 28, 2001