IN THE UNITED STATES DISTRICT COURT

FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

SHAWN JORDAN              :
    PLAINTIFF,         :
                          :
V.                        :   CIVIL NO. 1:00-CV-1387
                          :
ROBERT W. MEYERS,         :
SUPERINTENDENT, ET AL.    :
    DEFENDENTS         :

**Plaintiff Responds to Defendant(s):**
**"Brief in Opposition to Plaintiff Discovery Motion"**

1. By order dated December 11, 2001, the Court directed, *inter alia*, that defendants file within ten days a brief in opposition to plaintiff discovery motion advising the Court whether the issue raised by Jordan has been resolved to the satisfaction of both parties, or the precise nature of the remaining discovery dispute.

2. Jordan may file a reply brief within fifteen days of receipt of the Defendant(s) filing. This brief is being submitted in response to that order.

A. On October 15, 2001, defendants responed to a request for production of documents under rule 34 dated 9/10/01. In paragraph # 3,4 regarding the "maintenance records to the (Windows & Ventilation system) on "D&A" block", which was only two reports for the year 2000.

B. Plaintiff requested "all" Maintenance Records for the Ventilation Systems and Window Systems on D&A blocks. The Defendants, only gave "one work report each", for the year 2000 on the windows and ventilation systems.

C. Plaintiff requested the Institution Yearly Operation(s) bugget from 1995 to 2001 - See production of documents dated 9-10-2001, paragraph# 8, Defendant(s) has not responded to this request.

Respectfully Submitted,

Date: 1/3/02