SHAWN JORDAN
BOX-A-BI8942
BELLEFONTE, PA. 16823
1/3/02

To: U.S. DISTRICT COURT
    CLERK'S OFFICE
    228 WALNUT ST.
    P.O.BOX-983
    HARRISBURG, PA. 17108

RECEIVED
HARRISBURG, PA.

JAN 07 2002

MARY E. D'ANDREA, CLERK
Per_____

DEAR SIR,

    ENCLOSED YOU FIND A MOTION TO BE FILED WITH THE COURT AS ORDERED
BY THE COURT, ANY OTHER INFORMATION NEED - PLEASE CONTACT ME AT THE
ABOVE ADDRESS.

Respectfully submitted

ORIGINAL

IN THE UNITED STATED DISTRICT COURT

FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

SHAWN JORDAN                              :

      PLAINTIFF,                        :

                                  :

      V.                                :    CIVIL NO. 1:00-CV-1387

                                  :

ROBERT W. MEYERS,                         :                    **FILED**
SUPERINTENDENT, ET AL.                    :                    HARRISBURG, P'

         DEFENDENTS                     :                    JAN 0 7 2002

------------------------------------------------    MARY E. D'ANDREA, CLE
Request For Production Of Documents - Under Rule 34 Per _____
------------------------------------------------    Deputy Clerk

Plaintiff Shawn Jordan request defendant R.W.Meyers to respond within
30 days to the following request:
That defendant produce and permitt plaintiff to inspect and copy each
of the following documents:

    (1) A Complete copy of all medical records of plaintiff.

    (2) Smoking policy - 16.3.6. and 1.1.7, any other policy.

    (3) Maintenance records of the window systems on (D And A block).

    (4) Maintenance records of the ventilation system on (D and A
    block).

    (5) A complete copy of records of all tobacco/related tobacco
    products, from 1995 to 2001 that has been sold to inmates
    at S.C.I. Rockview.

    (6) A complete copy of commissary inventory records of all
    tobacco/any related tobacco products, from 1995 to 2001.

    (7) PACT. System Package.

    (8) Rockveiw Yearly bugget from 1995 to 2001.

    (9) Offical inmate grievance #ROC-0518-01, ROC-0248-00, any
    related responds.

Shawn Jordan
Box-A-BI8942
Bellefonte, Pa. 16823

Date: 9-10-01

Seth A. Mendelsohn
Attorney General
16th Flr., Strawberry Sq.
Harrisburg, Pa. 17120



PB METER
7107228    U.S. POSTAGE

≡ 0 3 4 ≡

JAN 04 02

PA DEPT OF
CORRECTIONS

FILED
HARRISBURG, PA

JAN 0 7 2002

MARY E. D'ANDREA, CLERK
Per _____
Deputy Clerk

NAME: 9. Jordan
NUMBER: BT-8542
BOX A.
BELLEFONTE, PA. 16823-0820

To: U.S. District Court
Clerk's office
228 walnut St.
P.O. Box - 983
Harrisburg, Pa. 17108

17108+0983   83