*See Attachment* (37)/m
1/11/02

UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

SHAWN JORDAN,  :
    Plaintiff  :
      :
v.  :  CIVIL NO. 1:00-CV-1387
      :
ROBERT W. MEYERS,  :  (Judge Caldwell)
Superintendent, et al.,  :
      :
    Defendants  :

O R D E R

FILED
JAN 10 2002
PER____
HARRISBURG, PA.   DEPUTY CLERK

THE BACKGROUND OF THIS ORDER IS AS FOLLOWS

This order will modify our order of January 9, 2002, dealing with Plaintiff's motion to compel. Upon review of Jordan's reply brief, styled as "Plaintiff Responds to Defendant(s): 'Brief in Opposition to Plaintiff Discovery Motion,'" and contrary to defendants' assertions, defendants did indeed receive a copy of plaintiff's September 10, 2001, Request for Production of Documents, and they even responded to it. However, Jordan takes issue with defendants' responses to requests 3, 4 and 8, alleging they are incomplete or nonresponsive. Therefore, within fifteen days of the date of this order, the defendants shall file a response to plaintiff's position that their responses to his requests for production, specifically requests 3, 4 and 8 are incomplete or non-responsive.

AND NOW, this 10th day of January, 2002, it is ordered that:

1. Paragraphs 1 and 2 of the order of January 9, 2002 (doc. 35) are vacated.

2. Defendants shall file a response to plaintiff's position that their discovery response to his September 10, 2001 Request for Production of Documents, specifically requests 3, 4 and 8, are incomplete or non-responsive.

3. The Clerk is directed to serve defendants with a copy of the motion (doc. 28) to compel.

/s/ William W. Caldwell
William W. Caldwell
United States District Judge

UNITED STATES DISTRICT COURT
FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

\* \* MAILING CERTIFICATE OF CLERK \* \*

January 10, 2002

Re:  1:00-cv-01387    Jordan v. Meyers

True and correct copies of the attached were mailed by the clerk
to the following:

Shawn Jordan
SCI-R
SCI at Rockview
BI 8942
P.O. Box A
Bellefonte, PA  16823

Gwendolyn T. Mosley, Esq.
Office of the Attorney General      w/ doc. 28
Strawberry Sq.
15th Floor
Harrisburg, PA  17120    Fax No.: 717-772-4526

cc:
Judge                           (✓)          (✓) Pro Se Law Clerk  Taggai
Magistrate Judge                ( )          ( ) INS
U.S. Marshal                    ( )          ( ) Jury Clerk
Probation                       ( )
U.S. Attorney                   ( )
Atty. for Deft.                 ( )
Defendant                       ( )
Warden                          ( )
Bureau of Prisons               ( )
Ct Reporter                     ( )
Ctroom Deputy                   ( )
Orig-Security                   ( )
Federal Public Defender         ( )
Summons Issued                  ( )    with N/C attached to complt. and served by:
                                       U.S. Marshal ( )    Pltf's Attorney ( )
Standard Order 93-5             ( )
Order to Show Cause             ( )    with Petition attached & mailed certified mail
                                       to:  US Atty Gen   ( )    PA Atty Gen ( )
                                            DA of County  ( )    Respondents ( )
Bankruptcy Court                ( )
Other_____            ( )

                                                       MARY E. D'ANDREA, Clerk

DATE: 1/10/02            BY: _[signature]_
                             Deputy Clerk
---

DATE: 1/10/02            BY: _[signature]_
                             Deputy Clerk