```
02/21/02                    TRANSFER-ADJUSTMENT-FORFEITURE REPORT                           1
TRNS-ADJ       DATE       CASE NO             FUND    DEF    AMOUNT
*********************************************************************************
                                              SCRANTON
80300280001.   02/20/02   3:02-OP-1           6855XX   1      -57.01
80300280002.   02/20/02                       0869PL   0        7.06
80300280003.   02/20/02                       5100PL   0        8.25
80300280004.   02/20/02                       5100PL   0        8.53
80300280005.   02/20/02                       5100PL   0       26.40
80300280006.   02/20/02                       5100PL   0        2.77
80300280007.   02/20/02                       5100PL   0        4.00
80300280101.   02/20/02   3:02-OP-1           6855XX   1     -156.06
80300280102.   02/20/02                       5100PL   0       65.48
80300280103.   02/20/02                       5100PL   0        1.58
80300280104.   02/20/02                       5100PL   0        5.21
80300280105.   02/20/02                       5100PL   0        5.21
80300280106.   02/20/02                       0869PL   0        2.72
80300280107.   02/20/02                       0869PL   0        2.72
80300280108.   02/20/02                       5100PL   0       21.87
80300280109.   02/20/02                       0869PL   0       16.11
80300280110.   02/20/02                       0869PL   0        5.50
80300280111.   02/20/02                       0869PL   0        4.60
80300280112.   02/20/02                       5100PL   0        5.14
80300280113.   02/20/02                       5100PL   0       13.28
80300280114.   02/20/02                       5100PL   0        6.64
80300280201.   02/20/02   3:98-CR-325-01      6855XX   1      -25.00
80300280202.   02/20/02   3:98-CR-325-01      613300   1       25.00
                                                     DIVISION TOTAL     0.00
```

FILED
SCRANTON
FEB 21 2002
PER _____ DEPUTY CLERK

39
M
2/21/02

T 2801-3   $1.58   1:00-1387   JORDAN

PRSLE
Taggart