ORIGINAL

IN THE UNITED STATED DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

FILED
HARRISBURG, PA
MAR 0 8 2002
MARY E. D'ANDREA, CLERK
Per _____

| | | |
|---|---|---|
| SHAWN JORDAN | : | |
| PLAINTIFF, | : | |
| | : | |
| V. | : | CIVIL NO. 1:00-CV-1387 |
| | : | |
| ROBERT W. MEYERS, | : | |
| SUPERINTENDENT, ET AL. | : | |
| DEFENDENTS | : | |

Motion For Order Compelling Discovery Rule - 37

1. Plaintiff Shawn Jordan pursuant to rule 37 of the Federal Rules of Civil Procedures, request an order compelling defendants to comply with Rule 34 Production of Documents.

2. On 9/10/01 plaintiff submitted a request for production of documents to defendants attorney, this request was granted by defendants attorney. On 10/19/01 plaintiff requested his medical records by "requestslip" to Mr.Rackovan on 10/29/01, Mr.Rackovan responded to plaintiff requestslip. Mr.Rackovan told plaintiff to contact Ms.Margarer Miller the Acting Health Care Administrator, on 1/10/02 Ms.Miller responded that I needed a Court Order - stating that plaintiff is the counselor on the above case.

3. Plaintiff then wrote to the defendant's counselor Mr.G.T.Mosley on 1/10/02, about the issue of plaintiff medical records. As of 2/13/02 plaintiff have not received a respond to the request for assistants in resolving the issue about plaintiff medical record. Defendants Attorney lead plaintiff to believe, that plaintiff would be issued his medical records without any further disputes.

4. On 2/12/02 defendant's attorney reply to a request for "Production of Documents" dated 1/5/02, directed by defendant's attorney's to contact mr.Rackovan for the requested document. Mr.Rackovan responded to my requestslip dated 3/2/02, and informed me that he can not give me the requested documents. Mr.Rackovan also state that he have called the attorney on this above civil-case, and he did not receive any reply back from the attorney's.

5. Under Rule 37(4) planitiff request that the courts grant plaintiff reasonable expenses incurred in obtaining the order, and expenese, in the sum of $300.00.

Respectfully Submitted,

Date: 3/4/02

Mr.Shawn Jordan, Plaintiff
Box-A-BI8942
Bellefonte, Pa. 16823

Brief in Support
Rule 37 of the Fed.R.Civ.P. Provides for this Motion.

Date: 3/4/02

Shawn Jordan Plaintiff

IN THE UNITED STATED DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

SHAWN JORDAN                         :
    PLAINTIFF,                       :
                                     :
    V.                               :     CIVIL NO. 1:00-CV-1387
                                     :
ROBERT W. MEYERS,                    :
SUPERINTENDENT, ET AL.               :
    DEFENDENTS                       :

### CERTIFICATE OF SERVICE

I, Shawn Jordan, Plaintiff, hereby certify that on this date I caused to be served the foregoing, "Motion to Compel" by depositing a copy of the same in the United States Mail, postage prepaid, in Bellefonte, Pa., addressed to the following:

United States District Court
228 Walnut St.
P.O.Box-983
Harrisburg, Pa. 17108

Date: 3/4/02

Mr.Shawn Jordan - Plaintiff
Box-A-BI-8942
Bellefonte, Pa. 16823

| Form DC-135A<br>**INMATE'S REQUEST TO STAFF MEMBER** | Commonwealth of Pennsylvania<br>Department of Corrections<br><br>INSTRUCTIONS<br>Complete items number 1-8. If you follow instructions in preparing your request, it can be responded to more promptly and intelligently. |
|---|---|
| 1. To: (Name and Title of Officer)<br>Margaret Miller, | 2. Date:<br>1/8/0C |
| 3. By: (Print Inmate Name and Number)<br>Shawn Jordan - BE8942<br>*Shawn Jordan*<br>Inmate Signature | 4. Counselor's Name |
|  | 5. Unit Manager's Name<br>D. Walls |
| 6. Work Assignment<br>none | 7. Housing Assignment<br>D |

8. Subject: State your request completely but briefly. Give details.

Ms. Miller,

I need my Medical Records, Mr. Rackovan told me to contact you to set a day when I can make copies of my Records Medical, so please set a day for this week. — Thank you.

9. Response: (This Section for Staff Response Only)

You need to have the court okay you to be the lawyer to represent you. If you get approved please bring paper to me or Mr Rackovan

| To DC-14 CAR only ☐ | To DC-14 CAR and DC-15 IRS ☐ |
|---|---|

Staff Member Name _____ / _____ Date
                        Print              Sign
                                                M. Miller    1/10/02

Revised July 2000

State Correctional Institution
**RECEIVED**
OCT 2 2 2001
Supt's Assistant's Office

| Form DC-135A<br><br>**INMATE'S REQUEST TO STAFF MEMBER** | Commonwealth of Pennsylvania<br>Department of Corrections<br><br>INSTRUCTIONS<br>Complete items number 1-8. If you follow instructions in preparing your request, it can be responded to more promptly and intelligently. |
|---|---|
| 1. To: (Name and Title of Officer) | 2. Date: |
| 3. By: (Print Inmate Name and Number)<br><br>_____<br><br>_____<br>Inmate Signature | 4. Counselor's Name |
| | 5. Unit Manager's Name |
| 6. Work Assignment | 7. Housing Assignment |

8. Subject: State your request completely but briefly. Give details.

9. Response: (This Section for Staff Response Only)

Mr. Jordan

You must send a request to Ms. Miller, the Acting Health Care Administrator, asking for a time to go to medical and review your medical records. I will advise her to set something up after you send her the request. There is no 16.3.6, and 15.3.6 has been replaced by 1.1.7 which I will provide you. Samples of work orders for opening and closing of the windows, as well as maintenance of this system will also be given to you.

To DC-14 CAR only ☐    To DC-14 CAR and DC-15 IRS ☐

Staff Member Name _____ / _O. Rackovan_ Date 10/29/01
                       Print                Sign

Revised July 2000

State Correctional Institution
**RECEIVED**
MAR 04 2002
Supt's Assistant's Office

Form DC-135A

### INMATE'S REQUEST TO STAFF MEMBER

Commonwealth of Pennsylvania
Department of Corrections

**INSTRUCTIONS**
Complete items number 1-8. If you follow instructions in preparing your request, it can be responded to more promptly and intelligently.

1. To: (Name and Title of Officer) Mr. Rackovan Grievance Coordinator
2. Date: 3-2-02
3. By: (Print Inmate Name and Number) Shawn Jordan BI 8942
   Shawn Jordan
   Inmate Signature
4. Counselor's Name: Mr. Matsick
5. Unit Manager's Name: Mr. Walls
6. Work Assignment: ___
7. Housing Assignment: D-119

8. Subject: State your request completely but briefly. Give details.

I was given permission to recieve the following items by submitting a request slip to you for the request of the following docuements:

(1) Diagram For: Emergency Evacuation Route – D-Building Dated: 9/21/00.

(2) Any and all docuements inmates are required to sign to be housed on a NON-Smoking Unit.

(3) Corrections Pennsylvania Addictive Classification Tool (PACT)
Note: Permission was given by Attorney General Civil Action No. 1: CV-00-1387

9. Response: (This Section for Staff Response Only)

Mr. Jordan,
If the attorney representing the institution in this case tells me to provide you with copies of documents, I will do so. I have not received any such instructions. I contacted Mary Purdy at the Attorney General's office after your last request for documents and have heard no reply. I can say, however, I did provide these items you are requesting to Ms. Purdy at an earlier time (at the end of 2001). You need to somehow have the A.G.'s office get with me and tell me what I can or cannot provide. I can't give you anything without their approval.

To DC-14 CAR only ☐   To DC-14 CAR and DC-15 IRS ☐

Staff Member Name _____ / J. Rackovan   Date 3/5/02
              Print                Sign

Revised July 2000

## "NOTICE OF MOTION"

TO: MR.G.T. MOSTLEY
    OFFICE OF ATTORNEY GENERAL
    COMMONWEALTH OF PENNSYLVANIA
    STRAWBERRY SQ.
    HARRISBURG, PA. 17120

PLEASE TAKE NOTICE THAT THE ORIGINAL OF THE WITHIN MOTION OR REQUEST FOR _Motion to Compel_ CAN/WILL BE FILED WITH THE COURTS ON _2/10/02_. UNDER FEDERAL RULES OF CIVIL PROCEDURE OR LOCAL RULES, YOU HAVE _30_ DAYS, OR UNTIL _2/10_ 2002, IN WHICH TO PRODUCE OR FILE A RESPONSE, OR THE MOTION WILL BE SUBMITTED TO THE COURT AS UNCONTESTED, FAILURE TO PRODUCE, OR FAILURE TO ANSWER.

Mr. Shawn Jordan -Plaintiff
Box-A-BI8942
Bellefonte, Pa. 16823

Mr.Shawn Jordan
Box-A-BI8942
Bellefonte, Pa. 16823

1/10/2002

To:Mr.G.T. Mosley
   Office of Attorney General
   Commonwealth of Pennsylvania
   Strawberry Sq.
   Harrisburg, Pa. 17120

Re: Discovery/Medical Files
    Civil No. 1:00-CV-1387
    Shawn Jordan V. Robert W. Meyers, ET AL.

Dear Mr.G.T. Mosley,

    I am the Plaintiff in the above case, on October 15, 2001 the requst for production of documents was granted by your office and/or the defendants. I requested my Medical Records (1) one of (9) nine items, Mr.J.A.Rackovan - Asst. Superintendent wrote to me on 10/29/01 telling me that I had to see Ms.Margei Miller to get my medical Records.
    I seen Ms.Miller on 1/9/02, and told her that I requested my medical records - if she had any questions to call Mr.Rackovan, Ms.Miller tryed to contact Mr.Rackovan, he was out for the day. Ms.Miller told me that she would contact Mr.Rackovan the next day for the okay to give me my medical records. On 1/10/02 Ms.Miller call me over to her Office, and told me that I needed a Court Order stating that I am my own Attorney in that above case.
    I request kindly if you can call Ms.Margei Miller - Health Care Administrator at (418) 355-4874 and clear this matter up with her and Mr.J.A. Rackovan about my medical files which I have the right to under Discovery Rule 34.

If I don't received a respond back from your office or Ms. M Miller within (2) two Weeks on this matter, I will file a Motion to Compel Discovery.

Respectfully Submitted,

*Shawn Jordan*

Mr. Shawn Jordan - Plaintiff

```
        IN THE UNITED STATED DISTRICT COURT
      FOR THE MIDDLE DISTRICT OF PENNSYLVANIA
```

SHAWN JORDAN                          :
    PLAINTIFF,                       :
                                     :
    V.                               :        CIVIL NO. 1:00-CV-1387
                                     :
ROBERT W. MEYERS,                     :
SUPERINTENDENT, ET AL.                :
    DEFENDENTS                       :

## CERTIFICATE OF SERVICE

I, Shawn Jordan, Plaintiff, hereby certify that on this date I caused to be served the foregoing, Request for Medical Records by depositing a copy of the same in the United States Mail, postage prepaid, in Bellefonte, Pa., addressed to the following:

G.T. Mosley
Office Of Attorney General
Commonwealth Of Pennsylvania
Harrisburg, Pa. 17120

Date: 1/10/02

                                            Mr. Shawn Jordan - Plaintiff
                                                Box-A-BI-8942
                                                Bellefonte, Pa. 16823