UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

SHAWN JORDAN, :
:
     Plaintiff :
  v. : CIVIL NO. 1:00-CV-1387
:
ROBERT W. MEYERS, : (Judge Caldwell)
Superintendent, et al., :
:
     Defendants :

O R D E R

AND NOW, this 12th day of March, 2002, it is ordered that Plaintiff's motion to compel discovery (doc. 28) is denied.

_____
WILLIAM W. CALDWELL
United States District Judge

FILED
MAR 1 2 2002
PER _____
HARRISBURG, PA.    DEPUTY CLERK