IN THE UNITED STATED DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

SHAWN JORDAN
    PLAINTIFF,

V.

CIVIL NO. 1:00-CV-1387

ROBERT W. MEYERS,
SUPERINTENDENT, ET AL.
    DEFENDENTS

FILED MAR 29 2002 PER ___ HARRISBURG, PA DEPUTY

## Motion For Order Compelling Discovery Rule - 37

1. Plaintiff Shawn Jordan pursuant to rule 37 of the Federal Rules of Civil Procedures, request an order compelling defendants to comply with Rule 34 and 33, Fed.R.Civ.P. Interrogatories/Production of Documents.

2. On 2/20/02 plaintiff Shawn Jordan submitted a request for Interrogatories/Production of Documents, which was filed with Defendants Attorney on 2/20/02. As of this date, plaintiff has not received any respond from Defendants Attorney, plaintiff request for Interrogatories/Production of Document are over due by one week.

Respectfully Submitted,

Date: 3/25/02

Mr. Shawn Jordan-Plaintiff
Box-A-BI8942
Bellefonte, Pa. 16823

### Brief in Support

RULES 37 OF THE FED.R.CIV.P. PROVIDES FOR THIS MOTION.

DATE: 3/25/02

Mr. Shawn Jordan