**ORIGINAL**

IN THE UNITED STATED DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

SHAWN JORDAN :
    PLAINTIFF, :
:
V. :  CIVIL NO. 1:00-CV-1387
:
ROBERT W. MEYERS, :
SUPERINTENDENT, ET AL. :
    DEFENDENTS :

Interrogatories and Request For Production Of Documents

FILED
MAR 2 9 2002
PER _____
HARRISBURG, PA DEPUTY CLERK

Pursuant to Rules 33 and 34, Fed.R.Civ.P., the Plaintiff submits the following interrogatories and requests for documents to the defendants. You are directed to answer each of the interrogatories in writing under Oath, and produce each of the requested documents for inspection and copying within 30 days of service.

1. What year, month, and day was plaintiff first dianosed with a respiratory disease (asthma), produce any and all documents of plaintiff medical records related to his respiratory disease (asthma).

2. what kind of condition was plaintiff health was in before, plaintiff was dianosed with a respiratory disease. Produce any and all documents of plaintiff medical records related to plaintiff health condition.

Date: 2/20/02

                                      Shawn Jordan-Plaintiff
                                      Box-A-BI8942
                               Bellefonte, Pa. 16823-0820

IN THE UNITED STATED DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

SHAWN JORDAN                         :
    PLAINTIFF,                     :
                                 :
    V.                                 :     CIVIL NO. 1:00-CV-1387
                                 :
ROBERT W. MEYERS,         :
SUPERINTENDENT, ET AL.     :
    DEFENDENTS                :

### CERTIFICATE OF SERVICE

I, Shawn Jordan, Plaintiff, hereby certify that on this date I caused to be served the foregoing, "Interrogatories/Productions of Documents" by depositing a copy of the same in the United States Mail, postage prepaid, in Bellefonte, Pa., addressed to the following:

~~United States District Court~~
~~228 Walnut St.~~
~~P.O. Box-983~~
~~Harrisburg, Pa. 17108~~

Date: 2/20/02

G.T. Mosley
Office of Attorney General
Commonwealth of Pennsylvania
Harrisburgh, Pa. 17120

Mr. Shawn Jordan - Plaintiff
Box-A-BI-8942
Bellefonte, Pa. 16823



Name: Shawn Jordan
Number: BT-8942
Box A
Bellefonte, Pa. 16823

**INMATE MAIL
PA DEPT OF
CORRECTIONS**

To: United States District Court
Middle District of Pennsylvania
228 Walnut St.
P.O. Box-983
Harrisburg, Pa. 17108

FILED
MAR 2 9 2002
PER _____
HARRISBURG, PA  DEPUTY CLERK