JUDGE'S COPY

Shawn Jordan
Box-A-BI8942
Bellefonte, Pa. 16823
4/14/02

United States District Court
Middle District Of Pennsylvania
228 Walnut Street.
P.O.BOX-983
Harrisburg,Pa. 17108

FILED
HARRISBURG PA
APR 19 2002
MARY E. D'ANDREA, CLERK
Per _____

REF: Motion to Compels

Dear Sir,

    I would like to know the status of my two "Motion To Compel", dated on 3/25/02 and 3/4/02. I look forward to your responds, thank you.