UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

SHAWN JORDAN,  :
      Plaintiff  :
        :
   v.  :   CIVIL NO. 1:00-CV-1387
        :
ROBERT W. MEYERS,  :   (Judge Caldwell)
Superintendent, et al.,  :
        :
      Defendants  :

O R D E R

AND NOW, this 22nd day of April, 2002, it is ordered that:

   1. All discovery shall be completed within sixty (60) days of the date of this order.

   2. Dispositive motions, if any, shall be filed within thirty (30) days of the close of discovery.

               /s/ William W. Caldwell
               WILLIAM W. CALDWELL
               United States District Judge

FILED
APR 22 2002
PER ___
HARRISBURG, PA.   DEPUTY CLERK