UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

SHAWN JORDAN,
      Plaintiff

    v.     :    CIVIL NO. 1:00-CV-1387

ROBERT W. MEYERS,     :    (Judge Caldwell)
Superintendent, et al.,

      Defendants

### O R D E R

THE BACKGROUND OF THIS ORDER IS AS FOLLOWS:

On March 8, 2002, plaintiff Jordan filed a second motion to compel discovery related to his review of his medical record. (doc. 40). Before seeking the Court's intervention in this matter, he attempted to resolve the discovery issue on his own by contacting defense counsel. Apparently, Jordan's attempt to resolve the discovery dispute was unsuccessful. To date, defendants have not filed a brief in opposition to Jordan's motion.

On March 29, 2002, Jordan filed another motion to compel (doc. 43). In this third motion to compel Jordan claims that on February 20, 2002, he served defense counsel with a "request for interrogatories/production of documents" (doc. 44) to which he has not received a response as of the date of filing his motion. To date, defendants have not filed a brief in opposition to Jordan's third motion to compel.

Accordingly, this 22nd day of April, 2002, it is ORDERED that defendants file a brief in opposition to plaintiff's discovery motions (docs. 40 and 43) within ten days of the date of this order advising the Court whether the issues raised by Jordan have been resolved to the satisfaction of both parties, or the precise nature of any remaining discovery disputes. Jordan may file a reply brief within fifteen days of receipt of the defendants' filing.

*William W Caldwell*
WILLIAM W. CALDWELL
United States District Judge