Shawn Jordan
Box-A-BI8942
Bellefonte, Pa. 16823

4/22/02

Re: Shawn Jordan v.
R.W. Meyer's et al.
Civ. No. 1:00-CV-1387

ORIGINAL

FILED
HARRISBURG, PA
APR 2 5 2002
MARY E. D'ANDREA, CLERK
Per _____
Deputy Clerk

Dear Sir,

Can you please tell me the status of my two "Motion to Compelling Discovery" dated: 3/4/02 and 3/25/02

Thank you.

Shawn Jordan