```
04/24/02              TRANSFER-ADJUSTMENT-FORFEITURE REPORT                                1
TRNS-ADJ          DATE      FUND      CASE NO     DEF              AMOUNT
***************************************************************************************
                                      SCRANTON
80300287301.   04/24/02   5100PL                    0              -35.00
80300287302.   04/24/02   6855XX    3:02-OP-1       1               35.00
80300287401.   04/24/02   6855XX    3:02-OP-1       1              -25.00
80300287402.   04/24/02   6855XX    3:02-OP-1       1               25.00
80300287501.   04/24/02   6855XX    3:02-PB-1       1              -25.00
80300287502.   04/24/02   6855XX    3:02-PB-1       1               25.00
80300287601.   04/24/02   6855XX    3:02-OP-1       1              -25.00
80300287602.   04/24/02   6855XX    3:02-OP-1       1               25.00
80300287701.   04/24/02   6855XX    3:02-PB-1       1              -25.00
80300287702.   04/24/02   6855XX    3:02-PB-1       1               25.00
80300287801.   04/24/02   6855XX    3:02-OP-1       1              -25.00
80300287802.   04/24/02   6855XX    3:02-OP-1       1               25.00
80300287901.   04/24/02   6855XX    3:02-PB-1       1              -25.00
80300287902.   04/24/02   6855XX    3:02-PB-1       1               25.00
80300288001.   04/24/02   5100PL    3:02-OP-1       0              -77.21
80300288002.   04/24/02   5100PL    3:02-OP-1       0                5.34
80300288003.   04/24/02   5100PL                    0                3.27
80300288004.   04/24/02   0869PL                    0                3.27
80300288005.   04/24/02   0869PL                    0                2.72
80300288006.   04/24/02   0869PL                    0                2.72
80300288007.   04/24/02   5100PL                    0                9.36
80300288008.   04/24/02   0869PL                    0                2.89
80300288009.   04/24/02   0869PL                    0               10.00
80300288010.   04/24/02   0869PL                    0               12.88
80300288011.   04/24/02   5100PL                    0                6.53
80300288012.   04/24/02   0869PL                    0                3.27
80300288013.   04/24/02   5100PL                    0                6.80
80300288014.   04/24/02   5100PL                    0                3.40
80300288015.   04/24/02   5100PL                    0                2.38
80300288016.   04/24/02   5100PL                    0                2.38

                                                    DIVISION TOTAL    0.00
```

REC 87726  4/19/02  $5.34

1:00-1387 Jordan

PRSU taggant

49
4/29/02

FILED
SCRANTON
APR 19 2002
PER _____ DEPUTY CLERK