

IN THE UNITED STATED DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

SHAWN JORDAN :
    PLAINTIFF, :
:
V. : CIVIL NO. 1:00-CV-1387
:
ROBERT W. MEYERS, : PRSLC
SUPERINTENDENT, ET AL. : Taggart
    DEFENDENTS :

FILED
HARRISBURG, PA
MAY 9 – 2002
MARY E. D'ANDREA, CLERK
Per _____ Deputy Clerk

### Notice

    On April 22, 2002 it was Ordered that, Defendants file a brief in opposition to plaintiff Discovery Motion (Docs. 40 and 43) within (10) ten days of the date of this order, advising the court weather the issues raised by Jordan have been resolved to the satisfaction of both parties, or the precise nature of any remaining discovery disputes. Jordan may file a reply brief within fifteen days of the Defendants filing.

    As of May. 6th, 2002, defendants reply brief is overdue by 3 days. Plaintiff have filed the enclosed Motion in respond to defendants, failure to respond to the Court Order.

                                    Mr. Shawn Jordan – Plaintiff

Date: 5/6/02