UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

SHAWN JORDAN,  :
       Plaintiff  :
         :
     v.  :   CIVIL NO. 1:CV-00-1387
         :
ROBERT W. MEYERS,  :   (Judge Caldwell)
Superintendent, et al.,  :
         :
       Defendants  :

O R D E R

AND NOW, this 14th day of May, 2002, it is ORDERED that upon consideration of plaintiff Jordan's Motion for Failure to comply with Court Order - Rule 37 FRCP(doc. 51), said motion is DENIED as moot as defendants filed a timely brief in opposition to plaintiff's pending discovery motions on May 6, 2002.

Plaintiff Jordan is reminded that he may file a reply brief within fifteen days of receipt of the Defendants' filing.

                                      /s/ William W. Caldwell
                                      WILLIAM W. CALDWELL
                                      United States District Judge



FILED
MAY 14 2002
PER
HARRISBURG, PA.   DEPUTY CLERK