ORIGINAL

IN THE UNITED STATED DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

SHAWN JORDAN
    PLAINTIFF,

V.                                  CIVIL NO. 1:00-CV-1387

ROBERT W. MEYERS,
SUPERINTENDENT, ET AL.
    DEFENDENTS

FILED
HARRISBURG, PA
MAY 1 4 2002
MARY E. D'ANDREA, CLERK
Per _____

<u>Plaintiff Reply to Defendants Brief</u>

    As of May 8, 2002 at 7:00 am, Ms. Margie Miller - Health Care Administration called plaintiff to review his Medical Records. Plaintiff has requested copies of certain documents, she informed plaintiff that she will have them copyed by Monday. As of this date plaintiff has submitted admissions on facts, he recalled reading from his medical records.

    As of May 8, 2002, plaintiff have also withdraw his Motion "Failure to Comply with Court Order", dated: May 6, 2002. Plaintiff will give notice or submitt a motion if matters changes.

Date: May 8, 2002

Shawn Jordan - Plaintiff
Box-A-BI8942
Bellefonte, Pa. 16823

IN THE UNITED STATED DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

SHAWN JORDAN             :
    PLAINTIFF,           :
                         :
V.                       :         CIVIL NO. 1:00-CV-1387
                         :
ROBERT W. MEYERS,        :
SUPERINTENDENT, ET AL.   :
    DEFENDENTS           :

### CERTIFICATE OF SERVICE

I, Shawn Jordan, Plaintiff, hereby certify that on this date I caused to be served the foregoing, Reply Brief by depositing a copy of the same in the United States Mail, postage prepaid, in Bellefonte, Pa., addressed to the following:

    Y

United State District Court.
Middle District of Pennsylvania
228 Walnut St.
Harrisburg, Pa. 17108

Date May 8, 2002

*Shawn Jordan*
BY-A-BI8942
Bellefonte, PA 16823