ORIGINAL

IN THE UNITED STATED DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

SHAWN JORDAN　　　　　　　　　　　:
　　　PLAINTIFF,　　　　　　　　　:
　　　　　　　　　　　　　　　　　　:
　　V.　　　　　　　　　　　　　　 :　　CIVIL NO. 1:00-CV-1387
　　　　　　　　　　　　　　　　　　:
ROBERT W. MEYERS,　　　　　　　　 :
SUPERINTENDENT, ET AL.　　　　　　:
　　　DEFENDENTS　　　　　　　　　 :

**N O T I C E**

FILED
HARRISBURG, PA
MAY 1 4 2002
MARY E. D'ANDREA, CLERK
Per _____ Deputy Clerk

　　Plaintiff filed a (Motion) "Failure to Comply with Court Order", Plaintiff wish to withdraw this Motion as of May 8, 2002. If for any reason that plaintiff needs to refile the Motion, plaintiff will do so.

　　The Motion was dated: May 6, 2002.

Date: 5/8/02

　　　　　　　　　　　　　　　　　　　　　　Shawn Jordan - Plaintiff
　　　　　　　　　　　　　　　　　　　　　　Box-A-BI8942
　　　　　　　　　　　　　　　　　　　　　　Bellefonte, Pa. 16823