1:00 CV 1387

PRSLC - Payment

(56) KM 5/22/02

FILED
SCRANTON
MAY 17 2002
PER _____ DEPUTY CLERK

```
05/20/02                TRANSFER-ADJUSTMENT-FORFEITURE REPORT                                    1
TRNS-ADJ        DATE       CASE NO        FUND                   SCRANTON              DEF   AMOUNT
*****************************************************************************************************
80300290401.   05/20/02                   6855XX                                        1    -30.68
80300290402.   05/20/02                   5100PL                                        0     30.68
80300290501.   05/20/02    3:02-OP-1      6855XX                                        1    -82.47
80300290502.   05/20/02    3:02-OP-1      5100PL                                        0      6.35
80300290503.   05/20/02                   5100PL                                        0      5.21
80300290504.   05/20/02                   5100PL                                        0      5.21
80300290505.   05/20/02                   0869PL                                        0      2.72
80300290506.   05/20/02                   5100PL                                        0      2.72
80300290507.   05/20/02                   0869PL                                        0     16.86
80300290508.   05/20/02                   5100PL                                        0     13.22
80300290509.   05/20/02                   0869PL                                        0     16.81
80300290510.   05/20/02                   5100PL                                        0      4.85
80300290511.   05/20/02                   5100PL                                        0      4.85
80300290512.   05/20/02                   5100PL                                        0      1.84
80300290513.   05/20/02                   5100PL                                        0      1.83

                                                                DIVISION TOTAL               0.00
```

Rec 88103   5/17/02   $6.35   1:00 - 1387  JORDAN