*See Attachment*

UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

SHAWN JORDAN, :
        Plaintiff :
         :
   v. : CIVIL NO. 1:CV-00-1387
         :
ROBERT W. MEYERS, : (Judge Caldwell)
Superintendent, et al., :
         :
        Defendants :



MEMORANDUM & ORDER

    Currently pending before the Court are two motions to compel discovery filed by plaintiff Jordan. The first motion relates to Jordan's ability to review his medical record (doc. 40), while the second addresses defendants failure to respond to written discovery posed in February 2002 (doc. 43). After defendants failed to respond to either of these motions, the Court directed their response. On May 6, 2002, defendants filed a brief in opposition to plaintiff's discovery motions suggesting that all issues raised by Jordan were resolved. Based on the submission of both parties, the Court agrees.

    In addressing Jordan's ability to review his medical record, defense counsel directed prison administrators to promptly make his medical record available to him for inspection and copying. In his Reply Brief, Jordan confirms that on May 8, 2002, he was given the opportunity to review his medical record and request copies of

selected documents. Therefore, as this matter is now resolved, Jordan's March 8, 2002, motion to compel is denied.

As to the remaining motion relative to Jordan's February 2002 interrogatories, defendants have attached to their opposition brief a copy of their written response to Jordan's discovery request. Jordan has not raise or identified any objections to the defendants' response to these interrogatories in his Reply Brief. Accordingly, the Court concludes this discovery dispute has also been satisfactorily resolved. Consequently, both of Jordan's pending motions to compel will be denied as moot.

NOW, THEREFORE, IT IS HEREBY ORDERED THAT:

1. Jordan's March 8, 2002, Motion for Order Compelling Discovery (doc. 40) is denied as moot.

2. Jordan's March 29, 2002, Motion for Order Compelling Discovery (doc. 43) is denied as moot.

/s/ William W. Caldwell
WILLIAM W. CALDWELL
United States District Judge

Date: May 24, 2002