IN THE UNITED STATED DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

FILED
HARRISBURG, PA
JUN 0 4 2002
MARY E. D'ANDREA, CLERK
Per _____
Deputy Clerk

SHAWN JORDAN :
    PLAINTIFF, :
:
V. : CIVIL NO. 1:00-CV-1387
:
ROBERT W. MEYERS, :
SUPERINTENDENT, ET AL. :
    DEFENDENTS :

### Plaintiff's Motion For Partail Summary Judgment

Pursuant to Rule 56, Fed. R. Civ.P., Plaintiff Shawn Jordan request this court to grant him Summary Judgment as to the liability of Defendants R.W. Meyers, ET. Al for damages for the deial to the plaintiff of the Due Process of Law. THe Reasons therefor are set forth in the plaintiff's brief in support of the motion.

Date: 6/8/02

Shawn Jordan - Plaintiff
Box-A-BI8942
Bellefonte, Pa. 16823