JUDGE'S COPY

Shawn Jordan - Plaintiff
Box-A-BI8142
Bellefonte, Pa. 16823

4/11/02

To: Unite State District Court
Middle District of Pennsylvania
228 Walnut Street.
P.O. Box-983
Harrisburg, Pa. 17108

RECEIVED
JUN 13 2002
PER _____
HARRISBURG, PA.   DEPUTY CLERK

Ref: Jordan v. Meyers,
Civil # 1:CV-00-1387

Dear Sir,

I would like a Status Report of the case Jordan v. Meyers, Civil # 1:CV-00-13 and any new filings.

