IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

SHAWN JORDAN,
    Plaintiff

v.        No. 1:CV-00-1387
        (Judge Caldwell)

DAVID J. WAKEFIELD, et al.,
    Defendants

FILED
HARRISBURG, PA
JUN 19 2002
MARY E. D'ANDREA, CLERK
Deputy Clerk

**DEFENDANTS' MOTION FOR ENLARGEMENT OF TIME TO RESPOND TO PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT**

Defendants', though their counsel, hereby request this Court to enlarge the time period to respond to plaintiff's motion for partial summary judgment until July 21, 2002. In support of this motion, Defendants states as follows:

1. Plaintiff filed a motion for partial summary judgment on June 5, 2002. Plaintiff served the document upon the defendants' counsel on June 3, 2002.

2. Under Fed.R.Civ.P. 6 and Local Rule 7.6, , defendants' response to plaintiff's motion for partial summary judgment is due to be filed and served on June 21, 2002.

3. Defendants' counsel is out of the state for a period of time until at least July 1, 2002, caring for a family member who underwent major surgery.

4. Defendants therefore respectfully request this Court to enlarge the time period for filing their response to plaintiff's motion for partial summary judgment.

5. No prejudice will befall anybody by this extension as proposed herein.

WHEREFORE, defendants respectfully requests this Court grant an enlargement of time to respond to plaintiff's motion for partial summary judgment to July 21, 2002.

Respectfully submitted,

D. MICHAEL FISHER
Attorney General

By: _____
GWENDOLYN T. MOSLEY
Senior Deputy Attorney General

SUSAN J. FORNEY
Chief Deputy Attorney General
Chief, Litigation Section

OFFICE OF ATTORNEY GENERAL
15th Floor, Strawberry Square
Harrisburg, PA 17120
717-787-1180

DATE: June 19, 2002

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

SHAWN JORDAN,       :

  Plaintiff        :

v.           :  No. 1:CV-00-1387
            :  (Judge Caldwell)
DAVID J. WAKEFIELD, et al., :

  Defendants      :

## CERTIFICATE OF SERVICE

I, Gwendolyn T. Mosley, Senior Deputy Attorney General, hereby certify that on this date I caused to be served the foregoing, **Defendants' Motion for Enlargement of Time to Respond to Plaintiff's Motion for Partial Summary Judgment** by depositing a copy of the same in the United States mail, postage prepaid, in Harrisburg, PA., addressed to the following:

Shawn Jordan, #BI-8942
SCI-Rockview
Box A
Bellefonte, PA 16823-0820

                 for: **GWENDOLYN T. MOSLEY**
                    **Senior Deputy Attorney General**

**DATE: June 19, 2002**