OFFICE OF THE CLERK

UNITED STATES DISTRICT COURT
*for the*
**MIDDLE DISTRICT OF PENNSYLVANIA**
*William J. Nealon Federal Bldg. & U.S. Courthouse*
*235 North Washington Avenue*
*P.O. Box 1148*
*Scranton, PA 18501-1148*

(570) 207-5600   FAX (570) 207-5650
e-mail address: www.pamd.uscourts.gov



**MARY E. D'ANDREA**
Clerk of Court

*Divisional Offices*

Harrisburg:    (717) 221-3920
Williamsport:  (570) 323-6380

June 19, 2002



FILED
SCRANTON
JUN 21 2002
PER _____
DEPUTY CLERK

Mr. Shawn Jordan
BI-8942
SCI-Rockview
Box A
Bellefonte, PA 16823

Re: <u>Jordan v. Meyers, et al.</u>, Civil No. 1:CV-00-1387

Dear Mr. Jordan:

I am writing in response to your letter of June 13, 2002 regarding the case referenced above. Enclosed for your information is a current docket sheet. Although there is usually a $.50 per page charge for copies, this copy is being provided to you on this one occasion free of charge.

Sincerely,

Lois A. Fuller
Pro Se Writ Clerk

laf
Enclosure