ORIGINAL

IN THE UNITED STATED DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

SHAWN JORDAN                          :
    PLAINTIFF,                       :
                                     :
    V.                               :     CIVIL NO. 1:00-CV-1387
                                     :
ROBERT W. MEYERS,                     :
SUPERINTENDENT, ET AL.                :
    DEFENDENTS                       :

FILED
HARRISBURG, PA
JUN 2 5 2002
MARY E. D'ANDREA, CLERK
Per _____ Deputy Clerk

RESPOND TO DEFENDANTS REQUEST FOR ENLARGEMENT OF TIME

Plaintiff, hereby request this Court - not to grant the request for enlargement of time for defendants to respond to plaintiff motion for partial summary judgment. In support of this motion, plaintiff states as follows:

   1. Plaintiff filed a motion for partial summary judgment on June 5, 2002. Plaintiff served the document upon the defendants counsel on June 3, 2002.

   2. Under Fed.R.Civ.P. 6 and Local Rule 7.6., defendants response to plaintiff's motion for partail summary judgment is due to be filed and served on June 21, 2002.

   3. Defendants counselor request a enlargement of time, due to the lack of his percents. I am sure if Mr.G.T.Mosley was sick with the flu, there would be another counselor taking over his case load. Now the Defendants counselor, wish this court to grant his motion for enlargement of time, due to his lack of percents.

   4. Defendants counselors, have clerks, paralegals, and other attorneys working on this case. Plaintiff, don't see any reason why this court should lgrant their motion for enlargement of time, because one attorney is out of town. The reasons that defendants couselor gives, dose not meet qualifications nor is it grounds for this case to be postponed any longer then what it already has. Therefor Plaintiff request that, Defendants counselor motion for enlargement of time be denied with prejudice.

<u>Brief in Support</u>
Federal Rule of Civil Procedures - proved for this Motion

Date: 6/21/02

_____
Mr. Shawn Jordan - Plaintiff

Case 1:00-cv-01387-WWC-PT   Document 66   Filed 06/25/2002   Page 2 of 3

IN THE UNITED STATED DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

SHAWN JORDAN :
    PLAINTIFF, :
:
V. : CIVIL NO. 1:00-CV-1387
:
ROBERT W. MEYERS, :
SUPERINTENDENT, ET AL. :
    DEFENDENTS :

### CERTIFICATE OF SERVICE

I, Shawn Jordan, Plaintiff, hereby certify that on this date I caused to be served the foregoing, Respond to Defendants motion for enlargement of time by depositing a copy of the same in the United States Mail, postage prepaid, in Bellefonte, Pa., addressed to the following:

United States District Court
235 North Washington Ave.
P.O.Box-1148
Scranton, Pa. 18501

Date: 6/20/02

Mr. Shawn Jordan -Plaintiff