CV-00-1387

NOTICE

PLEASE BE ADVISED THAT - PLAINTIFF SUBMITTED A RESPONSE TO DEFENDANTS MOTION FOR ENLARGEMENT OF TIME - DATES 6/21/02. THAT RESPOND HAVE A TYPING ERROR, AND BEING REPLACED WITH THE ENCLOSED RESPOND DATED 6/22/02. THANK YOU FOR YOUR TIME.

DATE: 6/22/02

MR. SHAWN JORDAN - PLAINTIFF

ORIGINAL

IN THE UNITED STATED DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

SHAWN JORDAN :
    PLAINTIFF, :
:
V. : CIVIL NO. 1:00-CV-1387
:
ROBERT W. MEYERS, :
SUPERINTENDENT, ET AL. :
    DEFENDENTS :

FILED
HARRISBURG, PA
JUN 25 2002
MARY E. D'ANDREA, CLERK
Per _____ Deputy Clerk

RESPOND TO DEFENDANTS REQUEST FOR ENLARGEMENT OF TIME

    Plaintiff, hereby request this Court - not to grant the request for enlargement of time for defendants to respond to plaintiff motion for partial summary judgment. In support of this motion, plaintiff states as follows:

    1. Plaintiff filed a motion for partial summary judgment on June 5, 2002. Plaintiff served the document upon the defendants counsel on June 3, 2002.

    2. Under Fed.R.Civ.P. 6 and Local Rule 7.6., defendants response to plaintiff's motion for partail summary judgment is due to be filed and served on June 21, 2002.

    3. Defendants counselor request a enlargement of time, due to the lack of his present. I am sure if Mr.G.T.Mosley was sick with the flu, there would be another counselor taking over his case load. Now the Defendants counselor, wish this court to grant his motion for enlargement of time, due to his lack of present.

    4. Defendants counselors, have clerks, paralegals, and other attorneys working on this case. Plaintiff, don't see any reason why this court should grant their motion for enlargement of time, because one attorney is out of town. The reasons that defendants couselor gives, dose not meet qualifications nor is it grounds for this case to be postponed any longer then what it already has. Therefor Plaintiff request that, Defendants counselor motion for enlargement of time be denied with prejudice.

Brief in Support
Federal Rule of Civil Procedures - proved for this Motion

Date: 6/22/02

Mr. Shawn Jordan - Plaintiff