UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

SHAWN JORDAN,       :
      Plaintiff   :
                  :
    v.              :   CIVIL NO. 1:CV-00-1387
                  :
ROBERT W. MEYERS,   :   (Judge Caldwell)
Superintendent, et al., :
                  :
      Defendants  :

O R D E R

AND NOW, this 26th day of June, 2002, upon consideration of Defendants' Motion for Enlargement of Time to Respond to Plaintiff's Motion for Partial Summary Judgment, it is ORDERED that the motion (doc. 64) is granted. Defendants shall file a response in opposition to plaintiff's motion on or before July 21, 2002.

                                /s/ William W. Caldwell
                                WILLIAM W. CALDWELL
                                United States District Judge



FILED
JUN 26 2002
PER ___
HARRISBURG, PA.   DEPUTY CLERK