(70) *illegible*

7-12-02

IN THE UNITED STATED DISTRICT COURT

FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

SHAWN JORDAN                           :

    PLAINTIFF,                      :

                                   :

    V.                               :    CIVIL NO. 1:00-CV-1387  FILED

                                     :    HARRISBURG, P

ROBERT W. MEYERS,                      :

SUPERINTENDENT, ET AL.                 :    JUL 11 2002

     DEFENDENTS                       :    MARY E. D'ANDREA, C
                                            Per _____ Clark

### Plaintiff Motion for Enlargement of Time

1) Plaintiff filed a Motion for Partial Summary Judgment on June 5, 2002. Plaintiff served the document upon defendants counsel on June 3, 2002.

2) Under Fed.R.Civil.P. 6, and Local Rules 7.6, defendants response to plaintiff motion for partial summary judgment is due to be filed and served on June 21, 2002.

3) Defendants therefore requested enlargement of time period for filing their response to plaintiff motion for partial summary judgment. Defendants request was granted on June 26, 2002, for enlargement of time; their motion opposition to plaintiff motion on summary judgment shall be filed on or before July 21, 2002.

4) By Fed.R.Civil. P. 6, defendants response is due on July 21, 2002, which falls on a sunday - which makes the courts inaccessible. Therefore, plaintiff request that, defendants due date be extended by one (1) day - Making defendants "New Due Date July

22, 2002". This allows defendants ⬛ response to plaintiff Motion for Summary Judgment be file on or before its due date without any further delays with their filings.

5) Postponement of this case any longer then what it already has or thereafter new due date, would be prejudice to plaintiff request to proceed on or deny with prejudice to any further motions for enlargement of time by defendants to respond - to plaintiff motion for Partial Summary Judgment.

Date: 7/9/02

Shawn Jordan - Plaintiff

## Brief In Support

Fed.R. Civil. P. - Proved for this Motion

Date: 7/9/02

Shawn Jordan - Plaintiff

IN THE UNITED STATED DISTRICT COURT

FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

SHAWN JORDAN                                  :

    PLAINTIFF,                                :

                                 :

      V.                                      :          CIVIL NO. 1:00-CV-1387

                                 :

ROBERT W. MEYERS,                             :

SUPERINTENDENT, ET AL.                        :

        DEFENDENTS                        :

## CERTIFICATE OF SERVICE

    I, Shawn Jordan, Plaintiff, hereby certify that on this date I caused to be served the foregoing, Plaintiff Motion for enlargement of time by depositing a copy of the same in the United States Mail, postage prepaid, in Bellefonte, Pa., addressed to the following:

United States District Court

Middle District of Pennsylvania

228 Walnut St.

P.O.Box-983

Harrisburg, Pa. 17108

MR.G.T. MOSLEY

ATTORNEY GENERAL OFFICE

STRAWBERRY SQ.

Harrisburg, Pa. 17120

Date: 7/9/02

Mr.Shawn Jordan - Plaintiff

Box-A-BI-8942

Bellefonte, Pa. 16823

NAME: Shawn Soldeun
NUMBER: BI8542
BOX A
BELLEFONTE, PA. 16823-0820

PA DEPT OF
CORRECTIONS

To: United States District Court
Middle District of Pennsylvania
228 walnut St.
P.O. Box- 983
Harrisburg, Pa. 17108

17108+09383 99

JUL 1 0 02
BELLEFONTE PA.

PB METER
7107228

U.S. POSTAGE
=037=

FILED
HARRISBURG, PA

JUL 1 1 2002

MARY E. D'ANDREA, CLERK

Per _____
Deputy Clark