**ORIGINAL**

FILED
HARRISBURG, PA
JUL 2 2 2002
MARY E. D'ANDREA, CLERK
Per _____ Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| SHAWN JORDAN, | : | |
| Plaintiff | : | |
| v. | : | No. 1:CV-00-1387 |
| | : | (Judge Caldwell) |
| DAVID J. WAKEFIELD, et al., | : | |
| Defendants | : | |

### DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

Defendants, Martin Horn, Jeffrey Beard, Robert Meyers, David Wakefield, Terry Witman, Harvey Yancy, Robert Bitner, Larry Lidgett, Daniel Walls and Jeffrey Rackavan, by their attorneys, hereby move the Court, pursuant to Fed.R.Civ.P. 56 for summary judgement in their favor on all the claims in plaintiff's complaint. In support of this motion, defendants state the following:

1. The pleadings in the case are closed.

2. There are no genuine issues of material fact.

3. The defendants are entitled to judgment in their favor as a matter of law.

WHEREFORE, defendants ask the Court to grant their motion and enter summary judgment in their favor and against the plaintiff.

          Respectfully submitted,

          D. MICHAEL FISHER
          Attorney General

By: _____
          GWENDOLYN T. MOSLEY
          Senior Deputy Attorney General

          SUSAN J. FORNEY
          Chief Deputy Attorney General
          Chief, Litigation Section

OFFICE OF ATTORNEY GENERAL
15th Floor, Strawberry Square
Harrisburg, PA 17120
717-787-1180

DATE: July 22, 2002

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

SHAWN JORDAN,　　　　　　　　　　:
　　　　　　　　　　　　　　　　　:
　　Plaintiff　　　　　　　　　　 :
　　　　　　　　　　　　　　　　　:
　　v.　　　　　　　　　　　　　　: 　No. 1:CV-00-1387
　　　　　　　　　　　　　　　　　: 　(Judge Caldwell)
DAVID J. WAKEFIELD, et al.,　　　:
　　　　　　　　　　　　　　　　　:
　　Defendants　　　　　　　　　　:

## CERTIFICATE OF SERVICE

I, Gwendolyn T. Mosley, Senior Deputy Attorney General, hereby certify that on this date I caused to be served the foregoing, **Defendants' Motion for Summary Judgment** by depositing a copy of the same in the United States mail, postage prepaid, in Harrisburg, PA., addressed to the following:

Shawn Jordan, #BI-8942
SCI-Rockview
Box A
Bellefonte, PA  16823-0820

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　GWENDOLYN T. MOSLEY
　　　　　　　　　　　　　　　　　　　**Senior Deputy Attorney General**

DATE:  July 22, 2002