```
07/30/02                    TRANSFER-ADJUSTMENT-FORFEITURE REPORT                                                                          1

TRNS-ADJ        DATE        FUND      CASE NO      DEF                                                                          AMOUNT
*********************************************************************************************************************************

                                        SCRANTON

80300296301.    07/30/02    6855XX    3:02-OP-1     1                                                                            -5.05
80300296302.    07/30/02    5100PL                  0                                                                             5.05
80300296401.    07/30/02    6855XX    3:02-OP-1     1                                                                          -128.45
80300296402.    07/30/02    5100PL                  0                                                                             5.00
80300296403.    07/30/02    0869PL                  0                                                                             5.00
80300296404.    07/30/02    5100PL                  0                                                                             5.00
80300296405.    07/30/02    5100PL                  0                                                                             0.43
80300296406.    07/30/02    0869PL                  0                                                                             2.84
80300296407.    07/30/02    5100PL                  0                                                                             8.45
80300296408.    07/30/02    5100PL                  0                                                                             6.38
80300296409.    07/30/02    5100PL                  0                                                                             6.88
80300296410.    07/30/02    5100PL                  0                                                                             6.88
80300296411.    07/30/02    5100PL                  0                                                                            42.88
80300296412.    07/30/02    0869PL                  0                                                                            13.81
80300296413.    07/30/02    0869PL                  0                                                                            12.70
80300296414.    07/30/02    5100PL                  0                                                                            12.70

                                                          DIVISION TOTAL                                                          0.00
```

1:00 C V 1387
PRSLC - Toggret
75
KM
8/1/02

FILED
SCRANTON
JUL 25 2002
PER _____ DEPUTY CLERK

1:00 - 1387   JORDAN

Rec  88929   7/25/02   $8.45