JUDGE'S COPY

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

FILED
HARRISBURG, PA
JUL 31 2002
MARY E. D'ANDREA, C.
Per _____
Deputy Clerk

SHAWN JORDAN :
    PLAINTIFF, :
     :
V. : CIVIL NO. 1:00-CV-1387
     :
ROBERT W. MEYERS, :
SUPERINTENDENT, ET AL. :
    DEFENDENTS :

## Plaintiff reply to Defendants statements of undisputed material facts

2. Plaintiff was not identified on any documents to be suffering from asthma in 1991. Defendants has not submitted any evidence to any so-call facts on this issue.

6. Anyone with Asthma is require to be confined in a non-smoking environment. Defendants has not submitted any evidence to this fact.

7. Plaintiff has been told by a physician and/or medical doctor that plaintiff should be housed on a non-smoking housing unit. Doctors and/or Physicians are told they are not allowed to enter statements related to housing units or non-smoking inmates. The reason that these statements are not allowed in inmate medical records, because the all medical files are the property of the (D.O.C) Department of corrections, and which they control.

9. Defendants do admits that plainiff has been exposure to second-hand smoke.

10. Defendants did not state before plaintiff was transfer to BB Block or Administrative Custody, that Plaintiff was housed in D-Housing Unit. for (10) Ten Months of 2001.

12. Defendant Daniel Walls, is the Unit Manager of Housing Unit D, in housing unit D, the Cells do not have windows in them.

13. There are not any ceilings fans in operation daily on Housing Unit D and A. Defendants have not submitted any evidence to this fact.

14. Daniel Walls, was informed to plaintiff medical condition by submitted request slips, and grievance that plaintiff has sub mited. Defendants have not submitted any evidence to show other-wise.

26. Plaintiff has complined of breathing difficulties, if medical personnel did not ducument it, is because they did not think it need to be. Defendants have not submitted any evidence to show otherwise.

Note: 15, 16, 18, 19, 20, 21, 22, are non-related issues that has nothing to do with this case. Therefore they are Moot and any other section.

Date: 7/25/02

*Mr. Shawn Jordan Plaintiff*