IN THE UNITED STATED DISTRICT COURT

FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| SHAWN JORDAN | : | |
| PLAINTIFF, | : | |
| | : | |
| V. | : | CIVIL NO. 1:00-CV-1387 |
| | : | |
| ROBERT W. MEYERS, | : | **AFFIDAVIT** |
| SUPERINTENDENT, ET AL. | : | |
| DEFENDENTS | : | |

FILED
HARRISBURG, PA
JUL 31 2002
MARY E. D'ANDREA, Cl
Per_____ Clerk

I, Shawn Jordan - Plaintiff hereby declare:

1. Shawn Jordan Plaintiff was not suffering from asthma in 1991, or diagnose with asthma in 1991.

2. Shawn Jordan - Plaintiff has been told by a physician or /and medical doctor, that plaintiff should be housed on a non-smoking housing unit.

3. The Cells/Rooms in housing unit D and A, do not have windows in them. Defendants have not submitted any evidences to show otherwise.

4. In housing unit D and A, there are not any ceiling fans that are in operation on a daily bases. Defendants have not submitted any evidence to show otherwise.

5. Defendants "Documents in Support" defendants motion for summary judgment, are not signed by defendants or by their attorney. By Fed. R. Civ. P. 11(a) and Local Rules of Court, all documents must be sign or shall be dismissed as inadmissible evidence.

6. Robert Kerstetter is not a "expert nor a named defendant" in this civil action. Any and all statements, testimony is irrelevant evidence and inadmissible.

I declare under penalty of perjury that the above statements is true and correct.

Date 7/25/02

Shawn Jordan - Plaintiff