**ORIGINAL**

IN THE UNITED STATED DISTRICT COURT

FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SHAWN JORDAN : | |
|     PLAINTIFF, : | |
| : | |
| V. : | CIVIL NO. 1:00-CV-1387 |
| : | |
| ROBERT W. MEYERS, : | |
| SUPERINTENDENT, ET AL. : | |
|     DEFENDENTS : | |

### CERTIFICATE OF SERVICE

I, Shawn Jordan, Plaintiff, hereby certify that on this date I caused to be served the foregoing, Plaintiff Reply Motion to Defendants Motion for Summary Judgment, Plaintiff reply to Defendants statements of undisputed Facts, and Plaintiff Affidavit of time by depositing a copy of the same in the United States Mail, postage prepaid, in Bellefonte, Pa., addressed to the following:

MR.G.T. MOSLEY
ATTORNEY GENERAL OFFICE
STRAWBERRY SQ.
Harrisburg, Pa. 17120

Date: 7/25/02

Mr. Shawn Jordan - Plaintiff
Box-A-BI-8942
Bellefonte, Pa. 16823