

UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

SHAWN JORDAN,
      Plaintiff

    v.                         CIVIL NO. 1:CV-00-1387

ROBERT W. MEYERS,          (Judge Caldwell)
Superintendent, et al.,

      Defendants



O R D E R

    AND NOW, this 6th day of August, 2002, upon consideration of plaintiff Jordan's Motion for Enlargement of Time for the defendants to file a response to his partial motion for summary judgement(doc. 70), it is ordered that the motion is denied as defendants timely filed a brief in opposition to his partial motion for summary judgment on July 22, 2002.[1]

                                         WILLIAM W. CALDWELL
                                         United States District Judge

---

[1] Jordan's motion on behalf of the defendants is improper as they are represented by counsel. Further, by operation of Fed.R.Civ.P. 6(a), when a Court directs the filing of a paper with the Court on a day the district court is inaccessible, such as a Sunday, the filing period runs until the end of the next day. In this case, this Court's June 26, 2002, Order (doc. 69) directed defendants' to file a response to plaintiff's motion for summary judgment on or before July 21, 2002, which falls on a Sunday. Therefore, by operation of Fed.R.Civ.P. 6(a), the filing date was automatically extended until the following day, without requiring a request for an enlargement.