```
09/03/02                TRANSFER-ADJUSTMENT-FORFEITURE REPORT                         1

TRNS-ADJ         DATE       FUND      CASE NO          DEF        AMOUNT
*********************************************************************************
                                      SCRANTON
80300298201.   09/03/02   6855XX    3:00-CR-057-01      1         -25.00
80300298202.   09/03/02   504100    3:00-CR-057-01      1          25.00
80300298301.   09/03/02   6855XX    3:02-OP-1           1         -33.18
80300298302.   09/03/02   0869PL                        0           6.28
80300298303.   09/03/02   0869PL                        0           8.16
80300298304.   09/03/02   6855XX                        0          18.74
80300298401.   09/03/02   0869PL    3:02-OP-1           1         -22.00
80300298402.   09/03/02   0869PL                        0           6.33
80300298403.   09/03/02   0869PL                        0           7.39
80300298404.   09/03/02   0869PL                        0           5.68
80300298405.   09/03/02   5100PL                        0           2.60
80300298501.   09/03/02   6855XX    3:02-OP-1           1         -63.52
80300298502.   09/03/02   5100PL                        0           2.25
80300298503.   09/03/02   0869PL                        0           2.25
80300298504.   09/03/02   5100PL                        0           3.97
80300298505.   09/03/02   0869PL                        0           3.97
80300298506.   09/03/02   0869PL                        0           8.06
80300298507.   09/03/02   5100PL                        0           6.69
80300298508.   09/03/02   5100PL                        0           6.69
80300298509.   09/03/02   5100PL                        0           4.12
80300298510.   09/03/02   5100PL                        0           6.04
80300298511.   09/03/02   0869PL                        0           0.58
80300298512.   09/03/02   5100PL                        0           4.32
80300298513.   09/03/02   0869PL                        0           6.16
80300298514.   09/03/02   5100PL                        0           6.17
80300298515.   09/03/02   6855XX    3:02-OP-1           1         -31.00
80300298601.   09/03/02   0869PL                        0          13.56
80300298602.   09/03/02   5100PL                        0           6.08
80300298603.   09/03/02   5100PL                        0          11.36
80300298604.   09/03/02   6855XX    3:02-OP-1           1          -8.46
80300298701.   09/03/02   6855XX                        1          -8.46
80300298702.   09/03/02   5100PL                        0

                                               DIVISION TOTAL              0.00
```

*Handwritten annotations:*
- 1:00CV1387 PRSLC-Taggart
- 86 KM 9/9/02
- FILED SCRANTON AUG 19 2002 PER ___ DEPUTY CLERK
- Rec ### 89224  8/19/02  $8.06  1:00-1387  Jordan