ORIGINAL

IN THE UNITED STATED DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

SHAWN JORDAN         :
    PLAINTIFF,      :
                    :
V.                   :      CIVIL NO. 1:00-CV-1387
                    :
ROBERT W. MEYERS,    :
SUPERINTENDENT, ET AL. :
    DEFENDENTS      :

FILED
HARRISBURG, PA
SEP 0 6 2002
MARY E. D'ANDREA, CLERK
Per _____
    Deputy Clerk

<u>Plaintiff reply to the courts order of Aug. 29, 2002 as stated below</u>:

    1.) Plaintiff relies on his previously filed brief in opposition to defendant motion for summary judgment dated 7/25/02 and

    2.) Plaintiff relies on his responds to defendants amended motions for summary judgment which plaintiff submits as a affidavit dated 8/23/02.

spet. 3, 2002

Mr. Shawn Jordan - Plaintiff