```
09/27/02              TRANSFER-ADJUSTMENT-FORFEITURE REPORT                          1

TRNS-ADJ        DATE        FUND      CASE NO          DEF         AMOUNT
*********************************************************************************
                                      SCRANTON
8030030101101.  09/27/02    6855XX    3:02-OP-1         1         -137.67
8030030101102.  09/27/02    0869PL                      0            5.70
8030030101103.  09/27/02    0869PL                      0            0.99
8030030101104.  09/27/02    0869PL                      0            4.71
8030030101105.  09/27/02    5100PL                      0            2.92
8030030101106.  09/27/02    0869PL                      0            6.28
8030030101107.  09/27/02    5100PL                      0            7.02
8030030101108.  09/27/02    5100PL                      0            7.02
8030030101109.  09/27/02    0869PL                      0           13.08
8030030101110.  09/27/02    5100PL                      0            4.31
8030030101111.  09/27/02    0869PL                      0           60.00
8030030101112.  09/27/02    0869PL                      0           12.82
8030030101113.  09/27/02    5100PL                      0           12.82

                                              DIVISION TOTAL        0.00
```

FILED
SCRANTON
SEP 2 6 2002
PER _____ DEPUTY CLERK

Rec 89613  9/26/02  $9.20  1:00-1387  Jordan

TERMED

88
9/27/02