1:00 CV 1387
PRSLC - Taggart

89
Km
10/23/02

10/21/02        TRANSFER-ADJUSTMENT-FORFEITURE REPORT                1

| TRNS-ADJ | DATE | FUND | CASE NO | DEF | AMOUNT |
|---|---|---|---|---|---|
| | | | SCRANTON | | |
| 80300302601 | 10/21/02 | 6855XX | 3:02-PB-1 | 1 | -25.00 |
| 80300302602 | 10/21/02 | 6855XX | 3:02-LB-1 | 1 | 10.00 |
| 80300302603 | 10/21/02 | 085000 | | 0 | 10.00 |
| 80300302701 | 10/21/02 | 6855XX | 3:02-PB-1 | 1 | -15.00 |
| 80300302703 | 10/21/02 | 6855XX | 3:02-LB-1 | 1 | 15.00 |
| 80300302801 | 10/21/02 | 085000 | | 0 | 15.00 |
| 80300302801 | 10/21/02 | 6855XX | 3:02-OP-1 | 1 | -45.30 |
| 80300302802 | 10/21/02 | 5100PL | | 0 | 6.93 |
| 80300302803 | 10/21/02 | 5100PL | | 0 | 6.40 |
| 80300302804 | 10/21/02 | 0869PL | | 0 | 12.33 |
| 80300302805 | 10/21/02 | 6855XX | 3:02-OP-1 | 0 | 19.64 |
| 80300302901 | 10/21/02 | 5100PL | | 1 | -170.19 |
| 80300302902 | 10/21/02 | 0869PL | | 0 | 24.09 |
| 80300302903 | 10/21/02 | 0869PL | | 0 | 60.00 |
| 80300302904 | 10/21/02 | 0869PL | | 0 | 5.28 |
| 80300302905 | 10/21/02 | 0869PL | | 0 | 8.80 |
| 80300302906 | 10/21/02 | 5100PL | | 0 | 10.86 |
| 80300302907 | 10/21/02 | 5100PL | | 0 | 7.83 |
| 80300302908 | 10/21/02 | 5100PL | | 0 | 7.83 |
| 80300302909 | 10/21/02 | 0869PL | | 0 | 12.44 |
| 80300302910 | 10/21/02 | 5100PL | | 0 | 14.40 |
| 80300302911 | 10/21/02 | 5100PL | | 0 | 9.33 |
| 80300302912 | 10/21/02 | 0869PL | | 0 | 3.10 |
| 80300302913 | 10/21/02 | 0869PL | | 0 | 6.23 |

DIVISION TOTAL        0.00

Jordan

REC 89854   10/17/02     1:00-1387

OCT 19...