1:00cv1387
PRSLC - Taggart

FILED
SCRANTON
NOV 1 8 2002
PER _____ DEPUTY CLERK
(90)
Km
11/18/02

```
11/19/02              TRANSFER-ADJUSTMENT-FORFEITURE REPORT                              1
TRNS-ADJ        DATE       FUND      CASE NO        DEF      AMOUNT
****************************************************************************************
                                     SCRANTON
80300350601.  11/19/02   6855XX    3:02-OP-1         1      -127.53
80300350602.  11/19/02   0869PL                      0         5.59
80300350603.  11/19/02   5100PL                      0         2.00
80300350604.  11/19/02   0869PL                      0         9.50
80300350605.  11/19/02   0869PL                      0        37.28
80300350606.  11/19/02   5100PL                      0         5.86
80300350607.  11/19/02   0869PL                      0         2.97
80300350609.  11/19/02   0869PL                      0         8.83
80300350610.  11/19/02   5100PL                      0         6.08
80300350611.  11/19/02   0869PL                      0        13.30
80300350612.  11/19/02   0869PL                      0        12.00
80300350613.  11/19/02   0869PL                      0        12.06
                                                             12.06

                                          DIVISION TOTAL      0.00
```

Rec 90 221  11/18/02  $9.50  1:00-1387  JORDAN