12/13/02                 TRANSFER-ADJUSTMENT-FORFEITURE REPORT                              1

TRNS-ADJ       DATE       FUND    CASE NO      DEF           AMOUNT

**************************************************************************************

                                        SCRANTON

| TRNS-ADJ | DATE | FUND | CASE NO | DEF | AMOUNT |
|---|---|---|---|---|---|
| 8030035227 01. | 12/13/02 | 6855XX | 3:02-OP-1 | 1 | -96.54 |
| 8030035227 02. | 12/13/02 | 0869PL | | 0 | 4.92 |
| 8030035227 03. | 12/13/02 | 5100PL | | 0 | 4.00 |
| 8030035227 04. | 12/13/02 | 0869PL | | 0 | 9.50 |
| 8030035227 05. | 12/13/02 | 5100PL | | 0 | 24.10 |
| 8030035227 06. | 12/13/02 | 0869PL | | 0 | 8.85 |
| 8030035227 07. | 12/13/02 | 5100PL | | 0 | 8.85 |
| 8030035227 08. | 12/13/02 | 0869PL | | 0 | 5.28 |
| 8030035227 09. | 12/13/02 | 5100PL | | 0 | 15.46 |
| 8030035227 10. | 12/13/02 | 0869PL | | 0 | 1.00 |
| 8030035227 11. | 12/13/02 | 0869PL | | 0 | 2.86 |
| 8030035227 12. | 12/13/02 | 0869PL | | 0 | 11.72 |
| 8030035228 01. | 12/13/02 | 6855XX | 3:02-OP-1 | 1 | -52.48 |
| 8030035228 02. | 12/13/02 | 5100PL | | 0 | 11.90 |
| 8030035228 03. | 12/13/02 | 5100PL | | 0 | 3.17 |
| 8030035228 04. | 12/13/02 | 5100PL | | 0 | 8.39 |
| 8030035228 05. | 12/13/02 | 5100PL | | 0 | 0.72 |
| 8030035228 06. | 12/13/02 | 0869PL | | 0 | 1.30 |
| 8030035228 07. | 12/13/02 | 5100PL | | 0 | 17.36 |
| 8030035228 08. | 12/13/02 | 5100PL | | 0 | 3.64 |
| 8030035228 09. | 12/13/02 | 0869PL | | 0 | 2.00 |
| 8030035228 10. | 12/13/02 | 5100PL | | 0 | 4.00 |

                                        DIVISION TOTAL              0.00

FILED
SCRANTON

DEC 1 2 2002

PER _____
DEPUTY CLERK

91

12/18/02

Rec 90473 $9.50   1:00-1387   JORDAN

12/12/02

PRSU
Taggart