Case 1:00-cv-01387-WWC-PT    Document 92    Filed 01/30/2003    Page 1 of 1

```
01/23/03                       TRANSFER-ADJUSTMENT-FORFEITURE REPORT                                    1
TRNS-ADJ        DATE       FUND        CASE NO          DEF                         AMOUNT
*******************************************************************************************************
                                                   SCRANTON
80300356101.    01/23/03   6855XX      3:03-OP-1         1                         -62.12
80300356102.    01/23/03   5100PL                        0                           7.68
80300356103.    01/23/03   5100PL                        0                           6.72
80300356104.    01/23/03   0869PL                        0                          21.30
80300356105.    01/23/03   0869PL                        0                           7.04
80300356106.    01/23/03   0869PL                        0                          13.86
80300356107.    01/23/03   5100PL                        0                           5.52
80300356201.    01/23/03   6855XX      3:03-OP-1         1                        -149.99
80300356202.    01/23/03   0869PL                        0                           5.79
80300356203.    01/23/03   0869PL                        0                           0.93
80300356204.    01/23/03   5100PL                        0                          25.87
80300356205.    01/23/03   0869PL                        0                           8.55
80300356206.    01/23/03   5100PL                        0                           8.55
80300356207.    01/23/03   0869PL                        0                           6.99
80300356208.    01/23/03   0869PL                        0                          33.44
80300356209.    01/23/03   0869PL                        0                          21.02
80300356210.    01/23/03   0869PL                        0                          21.02
80300356211.    01/23/03   0869PL                        0                          17.83

                                                              DIVISION TOTAL         0.00
```

Rec 90831   1/17/03   .93¢   1:00-1387   JORDAN

PRSCC
PT

FILED
SCRANTON
JAN 17 2003
PER _____ DEPUTY CLERK

92
M
1/30/03