IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

SHAWN JORDAN,  :
    Plaintiff
    :

vs.  :  CIVIL ACTION NO. 1:CV-00-1387
    :

ROBERT W. MEYERS,
Superintendent, et al.,  :
    Defendants

O R D E R

AND NOW, this 14th day of February, 2003, it is ordered that:

    1. Defendants' motion (doc. 71) for summary judgment is granted.

    2. Plaintiff's motion (doc. 58) for partial summary judgment is denied.

    3. The Clerk of Court shall close this file.

    4. Any appeal from this order would not be in good faith.

/s/ William W. Caldwell
William W. Caldwell
United States District Judge

FILED
HARRISBURG, PA

FEB 1 4 2003

MARY E. D'ANDREA, CLERK
Per _____ Deputy Clerk