AO 450 (Rev. 5/85) Judgment in a Civil Case

# United States District Court
## MIDDLE DISTRICT OF PENNSYLVANIA
### JUDGMENT IN A CIVIL CASE

Shawn Jordan,
    Plaintiff

Judge William W. Caldwell

v.

CASE NUMBER: 1:CV-00-1387

Robert W. Meyers, Superintendent;
Martin F. Horn, Secretary, Department of
Corrections; David J. Wakefield, Deputy
Superintendent; Terry L. Whitman, Deputy
Superintendent; Harvey E. Yancey, Mj. Of the
Guards; Larry L. Lidgett, RN, Healthcare
Administrator; Denniel J. Walls; Jeffrey A.
Rackavan; Robert S. Bitner; and Jeffrey A. Beard,
    Defendants

FILED
HARRISBURG, PA

FEB 1 4 2003

MARY E. D'ANDREA, CLERK
Per _____ Deputy Clerk

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to trial or hearing before the court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** THAT SUMMARY JUDGMENT be and is hereby entered in favor defendants, ROBERT W. MEYERS, Superintendent, MARTIN F. HORN, Secretary, Department of Corrections, DAVID J. WAKEFIELD, Deputy Superintendent, TERRY L. WHITMAN, Deputy Superintendent, HARVEY E. YANCEY, Mj of the Guards, LARRY J. LIDGETT, RN, Healthcare Administrator, DENNIEL J. WALLS, JEFFREY A. RACKAVAN, ROBERT S. BITNER, and JEFFREY A. BEARD and against the plaintiff, SHAWN JORDAN.

Date: February 14, 2003

Mary E. D'Andrea, Clerk of Court

(By) Ann Severino-Michael, Deputy Clerk