1:00 CV1387

Termed — CFR

(96)
*m
2/20/0

FILED
SCRANTON
FEB 1 4 2003
PER _____
DEPUTY CLERK

--------- REPORT                                                          1

SCRANTON

| | DATE | FUND | CASE NO | DEF | AMOUNT |
|---|---|---|---|---|---|
| 300358501 | 02/18/03 | 6855XX | 3:03-OP-1 | 1 | -55.64 |
| 300358502 | 02/18/03 | 0869PL | | 0 | 3.11 |
| 300358503 | 02/18/03 | 0869PL | | 0 | 6.53 |
| 300358504 | 02/18/03 | 5100PL | | 0 | 18.12 |
| 300358505 | 02/18/03 | 0869PL | | 0 | 19.91 |
| 300358506 | 02/18/03 | 5100PL | | 0 | 0.79 |
| 300358507 | 02/18/03 | 0869PL | | 0 | 3.58 |
| 300358508 | 02/18/03 | 0869PL | | 0 | 4.00 |
| 300358600 | 02/18/03 | 6855XX | 3:03-OP-1 | 1 | -115.90 |
| 300358602 | 02/18/03 | 0869PL | | 0 | 6.31 |
| 300358603 | 02/18/03 | 0869PL | | 0 | 11.21 |
| 300358604 | 02/18/03 | 5100PL | | 0 | 6.37 |
| 300358605 | 02/18/03 | 0869PL | | 0 | 5.41 |
| 300358606 | 02/18/03 | 0869PL | | 0 | 22.72 |
| 300358607 | 02/18/03 | 0869PL | | 0 | 9.65 |
| 300358608 | 02/18/03 | 5100PL | | 0 | 0.37 |
| 300358609 | 02/18/03 | 0869PL | | 0 | 9.28 |
| 300358610 | 02/18/03 | 0869PL | | 0 | 25.02 |
| 300358611 | 02/18/03 | 0869PL | | 0 | 15.02 |
| 300358612 | 02/18/03 | 5100PL | | 0 | 2.27 |
| 300358613 | 02/18/03 | 5100PL | | 0 | 2.27 |
| 300358701 | 02/18/03 | 0869PL | | 0 | -5.00 |
| 300358702 | 02/18/03 | 6855XX | 3:03-OP-1 | 1 | 5.00 |

DIVISION TOTAL                    0.00

JORDAN

QE 9h37  2/14/03  $6.37  1:00-1387