# ORIGINAL

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

SHAWN JORDAN,                    :    CIVIL ACTION NO. 1:CV-00-1387
    PLAINTIFF,               :
                             :                **FILED**
    V.                       :            HARRISBURG,
ROBERT W. MEYERS, ET AL.         :
    DEFENDANTS,              :              FEB 26 2003
                             :          MARY E. D'ANDREA, C
                                              Per _____

## NOTICE OF APPEAL

Notice is hereby given that Shawn Jordan, Plaintiff in the above-entitled matter, appeals to the United States Court of Appeals for the _Third_ Circuit from the Final Judgment entered in this action on Feb. 14, 2003.

Date: 2/20/03

                                                      Mr. Shawn Jordan - Plaintiff
                                                                 Box-A-BT8042
                                                             Bellefonte, Pa. 16823

INFORMATION STATEMENT TO BE COMPLETED BY U.S. DISTRICT COURT

FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

HARRISBURG, PA

CAPTION:                                   DISTRICT COURT NO. <u>1:CV-00-1387</u>

SHAWN JORDAN                               CT. OF APPEALS NO. _____
    Vs
ROBERT W. MEYERS, et al.

NOTICE OF APPEAL FILED February 26, 2003 COURT REPORTER(S) _____

FILING FEE:

NOTICE OF APPEAL ____PAID __X__NOT PAID ___SEAMAN

DOCKET FEE      ____PAID __X__NOT PAID ___USA

CJA APPOINTMENT: (Attach Copy of Order)

__ PRIVATE ATTORNEY
__ DEFENDER ASSOCIATION OR FEDERAL PUBLIC DEFENDER
__ MOTION PENDING

LEAVE TO PROCEED <u>IN FORMA PAUPERIS</u> STATUS, IF APPLICABLE:
    (Attach Copy of Order)
_X_MOTION GRANTED (IN FIRST INSTANCE)
__ MOTION DENIED (IN FIRST INSTANCE)
__ MOTION PENDING BEFORE DISTRICT JUDGE

CERTIFICATE OF PROBABLE CAUSE (STATE HABEAS CORPUS):
    (Attach copy of Order)
__ GRANTED
__ DENIED
__ PENDING

COPIES TO:
Judge William W. Caldwell
Shawn Jordan
Gwendolyn T. Mosley, Esquire
Seth A. Mendelsohn, Esquire
PRSLC Pia Taggart
File Copy

                                  PREPARED BY ___Virginia Gilmore___
                                                  Deputy Clerk

**Date: March 3, 2003**



UNITED STATES DISTRICT COURT
*for the*
MIDDLE DISTRICT OF PENNSYLVANIA
*William J. Nealon Federal Bldg & U.S. Courthouse*
*235 North Washington Avenue*
*P.O. Box 1148*
*Scranton, PA 18501-1148*

*Divisional Offices:*

**MARY E. D'ANDREA**
*Clerk of Court*

*(570) 207-5600   FAX (570) 207-5650*
*Internet Address: www.pamd.uscourts.gov*

Harrisburg:    (717) 221-39
Williamsport:  (570) 323-63

Office of the Clerk
United States Court of Appeals
for the Third Circuit
21400 United States Courthouse
601 Market Street
Philadelphia, PA   19106-1790

RE:   SHAWN JORDAN Vs ROBERT W. MEYERS, et al.
        USDC NO: 1:CV-00-1387
        USCA NO:
        E-mail Account: All correspondence should be sent to the e-mail account:
        PAMDAPPEAL1

Dear Ms. Waldron:

A *Notice of Appeal* was filed in the above-referenced case.

__X__   Civil Prisoner Case: Case file and docket sheet available through RACER.

_____   Non-Prisoner *Pro Se* Civil Case: Notice of Appeal and Docket Sheet available through RACER.

_____   Non-Prisoner Civil Case or Criminal Case:  Notice of Appeal and Docket Sheet available through RACER.

_____   Civil Prisoner Case: _____ Supplemental Record filed.  Documents and docket sheet available through RACER.

_____   Non-Prisoner Civil Case or Criminal Case:
        ____ Supplemental Record filed.  Docket Sheet available through RACER.

The Clerk's Office hereby certifies the record and the docket sheet available through RACER to be the certified list in lieu of the record and/or the certified copy of the docket entries.

Very truly yours,

s/ Virginia Gilmore
Deputy Clerk

Date: __03/03/03__