**ORIGINAL**

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

SHAWN JORDAN,  :  CIVIL ACTION NO. 1:CV-00-1387
    PLAINTIFF,  :
      :
V.  :
ROBERT W. MEYERS, ET AL.  :
    DEFENDANTS,  :

**FILED**
HARRISBURG, PA
FEB 26 2003
MARY E. D'ANDREA, CLERK
Per _____

<u>Motion for Enlargement of Time - Fed.R.Civil P. 6(b)</u>

    Plaintiff is appealing a court decision for the "first time", and needs more time to proper its brief. Plaintiff request a enlargement of time, of 60 days.

Date: 2/20/03

_/s/ Shawn Jordan_
Mr. Shawn Jordan

<u>Brief in support</u>

Fed.R.Civil P. provides for this Motion.

Date: 2/20/03

_/s/ Shawn Jordan_
Mr. Shawn Jordan

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

SHAWN JORDAN,                              : CIVIL ACTION NO. 1:CV-00-1387
    PLAINTIFF,                          :
                                           :
    V.                                  :
ROBERT W. MEYERS, ET AL.                   :
        DEFENDANTS,                     :

## CERTIFICATE OF SERVICE

I, Shawn Jordan Plaintiff, hereby certify that on this da[y] I caused to be served the foregoing, Notice of Appeal and Enlargeme[nt] of Time by depositing a copy of the same in the United States Mai[l] postage prepaid, in Bellefonte, Pa., addressed to the following:

G.T Mosley
Office of Attorney General
Strawberry Sq.
Harrisburg, Pa. 17120

Date: 2/26/03

Mr. Shawn Jordan - Plaint[iff]
Box-A-
Bellefonte, Pa. 16
#BI8942