Shawn Jordan
Box-A-BI8942
Bellefonte, Pa. 16823
Plaintiff,

**ORIGINAL**

Civil Action # 1:00-c
1387

To: United State District Court
Middle District of Pennsylvania
U.S. Court House
228 ~~second~~ walnut St.
P.O. Box- 983
Harrisburg, Pa. 17108

**FILED**
HARRISBURG, PA
FEB 26 2003
MARY E. D'ANDREA, CLERK
Per _____

Dear Sir,

   I would like a Certified copy of the docket entries, and all Original papers, exhibits ~~to~~ Filed by the plaintiff, and Defendants.

Thank you.