Shawn Jordan<br>
Box-A-BT8942<br>
Bellefonte, Pa. 16823-0820

United States District Court
Middle District Of Pennsylvania
22 Walnut St.
P.O.BOX-983
Harrisburg, Pa. 17108

**FILED**
HARRISBURG, PA
MAR 0 5 2003
MARY E. D'ANDREA, CLERK
Per _____

Re: Records/Transcripts

Dear Mrs. Mary D'Andrea,

    I am the Plaintiff in the Civil Action No. 00-1387, I filed a notice of appeal. I also made a mistake and mailed a copy to the third circuit, I was notified as my notice being send to your office.

    I have been also reading the Federal Rules of Appellate Procedure, which I really dont' understand the next step of filing the records with the appeal court their in the middle district. Do I have to file the records and exhibits again with the district courts or with the third circuit, and when can I file (if any) with the with the third circuit? This is my very first time going through this process. Do I have to file a brief with the Middle district stating the grounds of my appeal?

    Any help you can give me, in anyway to understand this process, will be very helpful.

Respectfully Submitted,

Mr. Shawn Jordan - Plaintiff

Date: 2/28/03

NUMBER: BI8942
BOX A
BELLEFONTE, PA. 16823-0820

TO: Mrs. Mary D'Andrea, Clerk
228 Walnut Street, Room 1060
Harrisburg, Pa. 17108

INMATE M/
PA DEPT OF
CORRECTIONS

FILED
HARRISBURG, PA

MAR 0 5 2003

MARY E. D'ANDREA, CLERK
Per _____

BELLEFONTE PA
MAR 03 03
PB METER
7131147
$0.37
U.S. POSTAGE