```
          UNITED STATES DISTRICT COURT FOR THE
             MIDDLE DISTRICT OF PENNSYLVANIA
```

SHAWN JORDAN,                     :
        Plaintiff         :
                          :
      v.                  :   CIVIL NO. 1:00-CV-1387
                          :
ROBERT W. MEYERS,                 :   (Judge Caldwell)
Superintendent, et al.,           :
                          :
        Defendants        :

O R D E R

AND NOW, this 10th day of March, 2003, it is ordered that Plaintiff's motion (doc. 98) for extension of time to file a brief on appeal is dismissed without prejudice because the request should be directed to the Court of Appeals.

                                      s/William W. Caldwell
                                      William W. Caldwell
                                      United States District Judge