OFFICE OF THE CLERK

**MARCIA M. WALDRON**

**CLERK**

UNITED STATES COURT OF APPEALS

FOR THE THIRD CIRCUIT
21400 UNITED STATES COURTHOUSE
601 MARKET STREET
PHILADELPHIA 19106-1790

Website: http://www.ca3.uscourts.gov

TELEPHONE

267-299-(4928)

March 11, 2003

NOTICE OF DOCKETING OF APPEAL
JORDAN

v.

Meyers, et al
No.: 00-cv-01387

**Honorable William W. Caldwell**



An appeal by **Shawn Jordan** was filed in the above-caption case on 02/26/03, and docketed in this Court on 03/11/03, at No. **(03-1641)**.

Kindly use the Appeals Docket No. **(03-1641)** when sending documents in this matter to the Court of Appeals or requesting information regarding this case.

All correspondence should be sent to the Case Manager and to the e-mail account **CA03db_PAMD Appeals**. Please notify Case Manager **Carmella L. Wells** at Carmella L. Wells@ca3.uscourts.gov of any orders, opinions, etc. filed and scanned after the Notice of Appeal has been forwarded to the Court of Appeals.

**Marcia M. Waldron**
**Clerk**