```
03/17/03                    TRANSFER-ADJUSTMENT-FORFEITURE REPORT                        1

TRNS-ADJ        DATE      FUND     CASE NO       DEF                              AMOUNT
*********************************************************************************************
8030036180l.    03/17/03  6855XX   3:03-OP-1     SCRANTON        1                -46.93
8030036l802.    03/17/03  0869PL                                 0                  6.29
8030036l803.    03/17/03  0869PL                                 0                 18.62
8030036l804.    03/17/03  0869PL                                 0                  8.69
8030036l805.    03/17/03  0869PL                                 0                  8.69
8030036l806.    03/17/03  0869PL                                 0                  0.54
8030036l807.    03/17/03  5100PL                                 0                  2.05
8030036l808.    03/17/03  5100PL                                 0                  2.05

                                                           DIVISION TOTAL           0.00
```

Rec 91418  3/14/03  $/8.62  1:00-1387  Jordan (pd in Full)

FILED
SCRANTON
MAR 14 2003
PER _____
DEPUTY CLERK



*OFFICE OF THE CLERK*

**UNITED STATES DISTRICT COURT**
*for the*
**MIDDLE DISTRICT of PENNSYLVANIA**
*William J. Nealon Federal Bldg. & U.S. Courthouse*
*235 North Washington Avenue*
*P.O. Box 1148*
*Scranton, PA 18501-1148*

**MARY E. D'ANDREA**
*Clerk of Court*

(570) 207-5600  FAX (570) 207-5650

*Divisional Offices*

*Harrisburg: (717) 221-3920*
*Williamsport: (570) 323-6380*

March 17, 2003

Inmate Accounts
SCI-R
PO Box A
Bellefonte, PA 16823

Re: CV 00-1387
Jordan v Meyers, et al

To Whom It May Concern:

Please be advised that our records in the above captioned case for Shawn Jordan BI-8942, indicates that Mr. Jordan is paid in full.

If I can be of any further assistance, please feel free to contact me at 570-207-5664.

Sincerely,

Mary E. D'Andrea
Clerk

By: *Nancy A. Edmunds*
Nancy A. Edmunds
Financial Specialist