**OFFICE OF THE CLERK**
**UNITED STATES DISTRICT COURT**
*for the*
**MIDDLE DISTRICT OF PENNSYLVANIA**
William J. Nealon Federal Bldg. & U.S. Courthouse
235 North Washington Avenue
P.O. Box 1148
Scranton, PA 18501-1148

(570) 207-5600   FAX (570) 207-5650
e-mail address: www.pamd.uscourts.gov

**MARY E. D'ANDREA**
Clerk of Court

Divisional Offices

Harrisburg:      (717) 221-3920
Williamsport:   (570) 323-6380

COPY

March 11, 2003

Mr. Shawn Jordan
BI-8942
SCI-Rockview
Box A
Bellefonte, PA 16823

Re:   <u>Jordan v. Meyers, et al.</u>, Civil No. 1:CV-00-1387

Dear Mr. Jordan:

This is in response to your recent undated letter, received by the Court on February 26, 2003 (Doc. 99). In that letter you request "a certified copy of the docket entries, and all original papers, exhibits filed by the plaintiff, and defendants."

Please note that you have already received copies of all documents filed by the defendants and/or the Court during the course of the case. Thus, the Clerk of Courts will not comply with your current request. However, if you need additional copies of any documents filed, please be advised that there is a 50¢ per page charge for copies, payable in advance.

For your convenience, I have enclosed a complimentary copy of the current docket sheet in your case to assist you in making a determination as to what, if any, filings you may wish to request. Please note that the docket sheet also reflects the number of pages (in red ink) each document consists of so you may accurately determine your copying costs when submitting a request.

I hope this information is helpful to you.

Sincerely,

Lois A. Fuller

Lois A. Fuller
Pro Se Writ Clerk

laf
Enclosure