Home  PACER  Full Docket                                                           Help

If you view the full docket, you will be charged for 5 Pages    $ 0.40

## US Court of Appeals for the Third Circuit
## Case Summary

Court of Appeals Docket #: 03-1641                                  Filed: 3/11/03
Nsuit: 3550  Prisoner: Civil Rights
Jordan v. Meyers, et al
Appeal from: U.S. District Court for the Middle District of Pennsylvania

Lower court information:
    District: 0314-1 : 00-cv-01387
    Trial Judge: William W. Caldwell, District Judge

| Date | Entry |
|---|---|
| 3/11/03 | CIVIL CASE DOCKETED. Notice filed by Shawn Jordan. [ (clw) |
| 3/11/03 | RECORD available on Middle District PA RACER. (clw) |
| 3/28/03 | FOLLOW UP LETTER to Seth A. Mendelsohn, Gwendolyn T. Mosley requesting the following documents: **Appearance Form **Disclosure Statement (clw) |
| 4/11/03 | APPEARANCE from Attorney Gwendolyn T. Mosley on behalf of Appellees Robert W. Meyers, Martin Horn, David Wakefield, Terry L. Whitman, Harvey E Yancey, Larry L. Lidgett, Denniel J. Walls, Jeffrey A. Rackavan, Robert Bitner, and Jeffrey Beard, filed. (rls) |
| 4/17/03 | Notice recieved from Appellant indicating that he wishes to withdraw his appeal, filed. (clw) |
| 5/2/03 | ORDER (Clerk) denying Notice from Appellant indicating that he wishes to withdraw his appeal. Insofar as an appeal may be withdrawn under Rule 42(b), ZZ_Federal ZZ_Rules ZZ_of ZZ_Appellate ZZ_Procedure, if the filing and docketing fees have either been paid or waived and appellant has not paid these fees nor file a motion for leave to proceed ZZ_in ZZ_forma ZZ_pauperis, the motion to withdraw the appeal is denied. The appeal is, however, dismissed pursuant to ZZ_Third ZZ_Circuit ZZ_Local ZZ_Appellate ZZ_Rules 3.3 and Misc. 107.1, as a result of the non payment of the fees, filed. (clw) |
| 5/2/03 | CLERK ORDER (LAR 3.3 and LAR Misc 107.1(a)): Procedurally Terminated Without Judicial Action; Default. (clw) |
| 5/2/03 | Certified copy of order to Lower Court. (clw) |

PACER Service Center
Transaction Receipt
09/08/2005 11:20:31